

**Thomas & Solomon LLP**
THE EMPLOYMENT ATTORNEYS

June 22, 2010

VIA ELECTRONIC FILING AND U.S. MAIL

Honorable Sandra J. Feuerstein
Eastern District of New York
United States Courthouse
110 Federal Plaza
Central Islip, New York 11722

    Re:    <u>Sampson v. MediSys Health Network, Inc. et al</u>
           Civil Action No. 10-cv-1342

Dear Judge Feuerstein:

    Plaintiffs write to request a pre-motion conference in regards to the above referenced case. On June 16, 2010, Plaintiffs filed amended complaints in each of the above matter and expect to file a Motion for Expedited Notice to Affected Employees pursuant to Section 216(b) of the Fair Labor Standards Act. Therefore, plaintiffs respectfully request that a conference be scheduled at the Court's earliest convenience.

    Thank you for your courtesies in this matter. Please do not hesitate to contact this office should you have any questions or concerns.

                                                      Respectfully submitted,

                                                      Justin M. Cordello

693 East Avenue, Rochester, New York 14607  tel: 585.272.0540  fax: 585.272.0574
jcordello@theemploymentattorneys.com • www.theemploymentattorneys.com