UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NELLIE SAMPSON,

*on behalf of herself and all other employees similarly situated*,

                                 Plaintiffs,

     v.

MEDISYS HEALTH NETWORK INC., THE JAMAICA HOSPITAL, THE BROOKDALE HOSPITAL MEDICAL CENTER, FLUSHING HOSPITAL AND MEDICAL CENTER, PENINSULA HOSPITAL CENTER, DAVID P. ROSEN, and MAX SCLAIR,

                                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ECF CASE**

10 Civ. 1342 (SJF) (ARL)

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Lorie E. Almon of the law firm Seyfarth Shaw LLP hereby enters her appearance as counsel for Defendants Medisys Health Network, Inc., The Jamaica Hospital, The Brookdale Hospital Medical Center, Flushing Hospital and Medical Center, David P. Rosen, and Max Sclair in the above-captioned action.

12451425v.1

Dated: New York, New York
July 9, 2010

                SEYFARTH SHAW LLP

                By: ____s/Lorie E. Almon_____
                    Lorie E. Almon
                    Anjanette Cabrera
                620 Eighth Avenue, Suite 3200
                New York, New York 10018
                (212) 218-5500
                (212) 218-5526 fax
                lalmon@seyfarth.com
                acabrera@seyfarth.com

*Attorneys for Defendants*
*Medisys Health Network, Inc., The Jamaica*
*Hospital, The Brookdale Hospital Medical Center,*
*Flushing Hospital and Medical Center, David P.*
*Rosen, and Max Sclair*

12451425v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2010, I filed the foregoing Notice of Appearance with the Clerk of the District Court electronically using the CM/ECF system, which sent email notification of such filing to the following:

> Justin M. Cordello, Esq.
> Thomas & Solomon
> 693 East Avenue
> Rochester, New York 14607
> Email: jcordello@theemploymentattorneys.com

      s/ Lorie E. Almon
           Lorie E. Almon

12451425v.1