UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NELLIE SAMPSON,

*on behalf of herself and all other employees similarly situated*,

                                Plaintiffs,

     v.

MEDISYS HEALTH NETWORK INC., THE JAMAICA HOSPITAL, THE BROOKDALE HOSPITAL MEDICAL CENTER, FLUSHING HOSPITAL AND MEDICAL CENTER, PENINSULA HOSPITAL CENTER, DAVID P. ROSEN, and MAX SCLAIR,

                                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ECF CASE**

10 Civ. 1342 (SJF) (ARL)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Anjanette Cabrera of the law firm Seyfarth Shaw LLP hereby enters her appearance as counsel for Defendants Medisys Health Network, Inc., The Jamaica Hospital, The Brookdale Hospital Medical Center, Flushing Hospital and Medical Center, David P. Rosen, and Max Sclair in the above-captioned action.

12451594v.1

Dated: New York, New York
       July 9, 2010

                        SEYFARTH SHAW LLP

                        By:     s/Anjanette Cabrera
                              Lorie E. Almon
                              Anjanette Cabrera
                        620 Eighth Avenue, Suite 3200
                        New York, New York 10018
                        (212) 218-5500
                        (212) 218-5526 fax
                        lalmon@seyfarth.com
                        acabrera@seyfarth.com

*Attorneys for Defendants*
*Medisys Health Network, Inc., The Jamaica*
*Hospital, The Brookdale Hospital Medical Center,*
*Flushing Hospital and Medical Center, David P.*
*Rosen, and Max Sclair*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2010, I filed the foregoing Notice of Appearance with the Clerk of the District Court electronically using the CM/ECF system, which sent email notification of such filing to the following:

>Justin M. Cordello, Esq.
>Thomas & Solomon
>693 East Avenue
>Rochester, New York 14607
>Email: jcordello@theemploymentattorneys.com

>        s/ Anjanette Cabrera        
>           Anjanette Cabrera

12451594v.1