UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NELLIE SAMPSON,<br><br>*on behalf of herself and all other employees similarly situated*,<br><br>          *Plaintiffs*,<br><br>   v.<br><br>MEDISYS HEALTH NETWORK INC., THE JAMAICA HOSPITAL, THE BROOKDALE HOSPITAL MEDICAL CENTER, FLUSHING HOSPITAL AND MEDICAL CENTER, PENINSULA HOSPITAL CENTER, DAVID P. ROSEN, AND MAX SCLAIR,<br><br>          *Defendants.* | NOTICE OF VOLUNTARY DISMISSAL<br><br>Civil Action No. 10-cv-1342 |

## NOTICE OF VOLUNTARY DISMISSAL

  Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Luis Casillas is hereby dismissed from this action without fees or costs to either party and without prejudice.

Date: July 15, 2010

**THOMAS & SOLOMON LLP**

 /s/ Justin M. Cordello, Esq.
Justin M. Cordello, Esq.
*Attorney for Plaintiff and Class Members*
693 East Avenue
Rochester, New York 14607
Telephone:  (585) 272-0540
jcordello@theemploymentattorneys.com