UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NELLIE SAMPSON,

*on behalf of herself and all other employees similarly situated*,

                      Plaintiffs,

      v.

MEDISYS HEALTH NETWORK INC., THE JAMAICA HOSPITAL, THE BROOKDALE HOSPITAL MEDICAL CENTER, FLUSHING HOSPITAL AND MEDICAL CENTER, PENINSULA HOSPITAL CENTER, DAVID P. ROSEN, and MAX SCLAIR,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ECF CASE**

10 Civ. 1342 (SJF) (ARL)

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Edward Cerasia II of the law firm Seyfarth Shaw LLP hereby enters her appearance as counsel for Defendants Medisys Health Network, Inc., Jamaica Hospital Medical Center, Inc., Brookdale University Hospital & Medical Center, Inc., Flushing Hospital and Medical Center, Inc., Peninsula Hospital Center, David P. Rosen, and Max Sclair in the above-captioned action.

12523371v.1

Dated: New York, New York  
July 22, 2010

Respectfully submitted,

SEYFARTH SHAW LLP

By <u>s/ Edward Cerasia II</u>  
   Lorie E. Almon  
   Edward Cerasia II  
   Anjanette Cabrera  
   Mary E. Ahrens  
620 Eighth Avenue, 32nd Floor  
New York, New York 10018  
(212) 218-5500

Kristin G. McGurn  
SEYFARTH SHAW LLP  
Two Seaport Lane, Suite 300  
Boston, Massachusetts 02210  
(617) 946-4800

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2010, I filed the foregoing Notice of Appearance with the Clerk of the District Court electronically using the CM/ECF system, which sent email notification of such filing to the following:

>Justin M. Cordello, Esq.
>Thomas & Solomon
>693 East Avenue
>Rochester, New York 14607
>Email: jcordello@theemploymentattorneys.com

>    s/ Edward Cerasia II
>        Edward Cerasia II