

**Thomas & Solomon LLP**
THE EMPLOYMENT ATTORNEYS

September 8, 2010

**VIA ECF**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ SEP 10 2010 ★

LONG ISLAND OFFICE

Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451

Re:  Sampson v. MediSys Health Network, Inc. et al
     Civil Action No. 10-cv-1342 (SJF) (ARL)

Dear Judge Feuerstein:

This firm represents plaintiffs in the above-referenced matter. On July 22, 2010, defendants served their motion to dismiss plaintiff's Amended Complaint in its entirety. Plaintiffs write to respectfully request an increase in the Court's twenty five page limit for their response to motion to dismiss.

Through their extensive motion to dismiss, defendants move to dismiss plaintiffs' claims under the Fair Labor Standards Act, the New York Labor Law, the Racketeer Influenced and Corrupt Organizations Act, as well as plaintiffs' common law claims. In order to fully address the arguments raised by defendants, plaintiffs will need a page extension. In fact, defendants have requested and were granted a page increase to thirty five pages for their motion to dismiss and will also be afforded an additional twenty five pages for their reply.

Accordingly, plaintiffs request sixty pages (60) for their response, which is no greater than the total number of pages allowed for defendants' briefing and which will allow plaintiffs to fully address all of the arguments raised by defendants in their motion to dismiss. As defendants stated in their request for a page extension on July 16, 2010, the motion to dismiss addresses "complicated issues of law" and "requests the Court consider a number of separate grounds for dismissal of the action."

Therefore, plaintiffs respectfully request that the Court grant their request for leave to file a memorandum of law of no more than sixty (60) pages in opposition of defendants' motion to dismiss.

693 East Avenue, Rochester, New York 14607 tel: 585.272.0540 fax: 585.272.0574
mlingle@theemploymentattorneys.com • www.theemploymentattorneys.com

Honorable Sandra J. Feuerstein
September 8, 2010
Page 2

      Thank you for your courtesies in this matter. Please do not hesitate to contact this office should you have any questions or concerns.

                                            Respectfully submitted,

                                            Michael J. Lingle

cc:    Lorie E. Almon (by ECF)
        Anjanette Cabrera (by ECF)
        Edward Cerasia, II (by ECF)

**Order**
**The application is:**
✓   **granted** to the extent that Plaintiff's response may be forty (40) pages
___ **denied**
___ referred to Magistrate Judge _____ for
      ___ decision
      ___ report and recommendation

9/10/10