**Thomas & Solomon LLP**
THE EMPLOYMENT ATTORNEYS

September 29, 2010

VIA ECF & FEDEX

Lorie Almon, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018

Re:   Sampson v. MediSys Health Network, Inc. et al
      Civil Action No. 10-cv-1342 (SJF) (ARL)

Dear Ms. Almon:

Enclosed please find the following papers in connection with plaintiffs' motion to expedite notice to affected employees:

- Plaintiffs' Motion to Expedite Notice to Affected Employees;

- Plaintiffs' Proposed Order;

- Plaintiffs Memorandum of Law in Support of Motion for Expedited Notice to Affected Employees;

- Affirmation of Michael J. Lingle with attached exhibits;

- Affirmation of Amy Pitt; and

- Certificate of Service

THOMAS & SOLOMON LLP

s/ Michael J. Lingle
Michael J. Lingle

Lorie Almon, Esq.
September 29, 2010
Page 2


cc:     Anjanette Cabrera (w/o encl.)
        Edward Cerasia, II (w/o encl.)