UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NELLIE SAMPSON, *on behalf of herself and all other employees similarly situated,*<br><br>                                                   *Plaintiffs,*<br>            v.<br><br>MEDISYS HEALTH NETWORK INC., THE JAMAICA HOSPITAL, THE BROOKDALE HOSPITAL MEDICAL CENTER, FLUSHING HOSPITAL AND MEDICAL CENTER, PENINSULA HOSPITAL CENTER, DAVID P. ROSEN, AND MAX SCLAIR,<br><br>                                                   *Defendants.* | Civil Action No. 10-CV-1342 (SJF) (ARL) |

Jessica L. Witenko of Thomas & Solomon LLP, an attorney in good standing with the United States District Court for the Eastern District of New York, hereby enters a Notice of Appearance on behalf of plaintiff Nellie Sampson on behalf of herself and all other employees similarly situated in the above-captioned matter.

Dated:  September 30, 2010

                                                                        THOMAS & SOLOMON LLP

                                                                        s/ Jessica L. Witenko
                                                                        *Attorneys for Plaintiffs*
                                                                        693 East Avenue
                                                                        Rochester, New York 14607
                                                                        Telephone: (585) 272-0540
                                                                        E-mail: jwitenko@theemploymentattorneys.com