Lorie E. Almon
Edward Cerasia II
Anjanette Cabrera
Mary E. Ahrens
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
Telephone:   (212) 218-5500
Facsimile:   (212) 218-5526

Kristen G. McGurn
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
Telephone:   (617) 946-4800
Facsimile:   (617) 946-4801

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------- x
NELLIE SAMPSON,

*on behalf of herself and all other employees similarly situated,*

          Plaintiffs,

      v.

MEDISYS HEALTH NETWORK INC., THE JAMAICA HOSPITAL, THE BROOKDALE HOSPITAL MEDICAL CENTER, FLUSHING HOSPITAL AND MEDICAL CENTER, PENINSULA HOSPITAL CENTER, DAVID P. ROSEN and MAX SCLAIR,

          Defendants.
------------------------------------------- x

**Civil Action No. 10-cv-1342 (SJF)(ARL)**

## NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND STAY DISCOVERY

      PLEASE TAKE NOTICE THAT, upon the accompanying Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Amended Complaint and Stay Discovery; the Declaration of Lorie E. Almon, Esq., together with Exhibits A through D; the Declaration of

12461287v.1

Brenda Lee, together with Exhibits A through C; the Declaration of John Mangani, together with Exhibits A through D; the Declaration of Ronald Musselwhite, together with Exhibits A through D; the Declaration of Marguerite Verdi, together with Exhibits A through C, and the Compendium of Unreported Decisions Cited in Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Amended Complaint and Stay Discovery, Defendants MediSys Health Network Inc., The Jamaica Hospital, The Brookdale Hospital Medical Center, Flushing Hospital and Medical Center, Peninsula Hospital Center, David P. Rosen and Max Sclair (collectively "Defendants") will move this Court on a date and time to be set by the Court, before the Honorable Sandra J. Feuerstein, United States District Judge, at the United States Courthouse, 100 Federal Plaza, Courtroom 1010, Central Islip, New York 11722 for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting Defendants' motion to stay discovery and dismiss the Amended Complaint with prejudice in its entirety for failure to state a claim.

Dated:   New York, New York
         July 22, 2010

Respectfully submitted,

SEYFARTH SHAW LLP

By /s/ Lorie E. Almon
   Lorie E. Almon
   Edward Cerasia II
   Anjanette Cabrera
   Mary E. Ahrens
620 Eighth Avenue, 32nd Floor
New York, New York 10018
(212) 218-5500

Kristin G. McGurn
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
(617) 946-4800

*Attorneys for Defendants*

12461287v.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 22, 2010, I caused to be served a true and correct copy of the foregoing Notice of Motion to Dismiss Plaintiff's Amended Complaint; Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Amended Complaint, Declaration of Lorie E. Almon, Esq., together with Exhibits A through D; the Declaration of Brenda Lee, together with Exhibits A through C; the Declaration of John Mangani, together with Exhibits A through D; the Declaration of Ronald Musselwhite, together with Exhibits A through D; the Declaration of Marguerite Verdi, together with Exhibits A through C, and the Compendium of Unreported Decisions Cited in Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Amended Complaint and Stay Discovery, by FedEx, overnight delivery, postage pre-paid, on counsel for Plaintiff at the address listed below:

                Justin M. Cordello, Esq.
                Thomas & Solomon LLP
                693 East Avenue
                Rochester, NY 14607
                *Attorney for Plaintiff*

                /s Lorie E. Almon
                Lorie E. Almon

12461287v.1