# VERDI DECLARATION EXHIBIT A



**Committee of Interns and Residents**

*SEIU Healthcare.*

# Collective Bargaining Agreement

Between

**Jamaica Hospital Medical Center**
**Flushing Hospital Medical Center**
**Brookdale University Hospital and Medical Center**

and the

**Committee of Interns and Residents/SEIU**

**April 1, 2008 – October 31, 2011**

Committee of Interns and Residents (CIR)
National Affiliate of Service Employees International Union (SEIU)

**Committee of Interns & Residents/SEIU**

National Office
520 Eighth Avenue, Suite 1200
New York, New York 10018
(212) 356-8100
(fax) 356-8111
e-mail: info@cirseiu.org

## TABLE OF CONTENTS

| ARTICLE | | PAGE |
|---|---|---|
| | Preamble | 3 |
| Article 1 | Recognition | 3 |
| Article 2 | CIR/SEIU Security | 3 |
| Article 3 | Wages | 5 |
| Article 4 | Meals | 7 |
| Article 5 | Health & Welfare Benefits | 8 |
| Article 6 | Vacations & Holidays | 10 |
| Article 7 | Malpractice Insurance | 12 |
| Article 8 | On-Call rooms, Lockers & Lounges | 13 |
| Article 9 | Access to Files | 14 |
| Article 10 | Laundry | 15 |
| Article 11 | Residency Reduction | 15 |
| Article 12 | Leave Time | 16 |
| Article 13 | Grievance Procedure | 20 |
| Article 14 | Disciplinary Action | 21 |
| Article 15 | Individual Contracts | 22 |
| Article 16 | Work Schedules | 23 |
| Article 17 | Parking | 24 |
| Article 18 | Prohibition Against Discrimination | 25 |
| Article 19 | Out of Title Work | 25 |
| Article 20 | Education / Patient Care Committee | 26 |

1

| ARTICLE | | PAGE |
|---|---|---|
| Article 21 | Education | 27 |
| Article 22 | Patient Transfers | 27 |
| Article 23 | Labor Management Committee | 28 |
| Article 24 | Political Action Check-Off | 28 |
| Article 25 | Rotational Expenses | 29 |
| Article 26 | Moonlighting | 29 |
| Article 27 | Safety & Health | 30 |
| Article 28 | Medical Education Benefits | 30 |
| Article 29 | Medical Board Representation | 30 |
| Article 30 | Separability | 31 |
| Article 31 | Miscellaneous | 31 |
| Article 32 | Hospital Rights | 32 |
| Article 33 | No Strike – No Lockout | 33 |
| Article 34 | Contract Renewal | 33 |
| | Side Letters | 34-35 |

2

## Preamble

Agreement made as of this **15th day of August**, and entered into by and between Jamaica Hospital Medical Center, Flushing Hospital Medical Center and Brookdale University Hospital and Medical Center (hereinafter referred to as the "Hospital(s)") and the Committee of Interns and Residents/ Service Employee International Union (hereinafter referred to as the "CIR/SEIU") for the period of **April 1, 2008 through October 31, 2011..**

## Article 1

### Recognition

1.     The Hospital(s) recognizes the Committee of Interns and Residents/ Service Employee International Union as the sole and exclusive collective bargaining representative for the titles interns, residents, chief residents and fellows employed by the Hospital(s) and wherever assigned.  Persons in such titles are hereinafter collectively referred to as "Residents."

## Article 2

### CIR/SEIU Security

1.     All Residents covered by this agreement shall, as a condition of employment, either:

(a)     become and remain members of the CIR/SEIU in good standing during the terms of their employment, it being understood that membership in good standing on the part of a Resident shall mean the tender by such Resident of the periodic dues uniformly required as a condition of membership, or

(b)     Pay an agency fee to the CIR/SEIU equal to the dues uniformly required as a condition of employment.

3

# Article 3
## Wages

1. The appointment of a Resident shall be based on his/her appropriate Post Graduate Year (hereafter "PGY"), which shall be determined as follows:

a. A Resident who has not completed at least one year of service in an ACGME,, CPME or ADA accredited training program shall be placed at the PGY-1 level.

b. A Resident who has completed one or more years of service in an ACGME, CPME or ADA accredited training program shall be placed at the PGY level which equals the number of such years of service plus one (e.g., a Resident who has completed two years of service in such training program shall be placed at PGY 3). A Resident required to spend a prerequisite period of service, in an ACGME, CPME or ADA accredited training program in a specialty other than that in which he/she is serving shall be classified on the basis of cumulative years of such service, provided, however, that in the event a Resident changes his/her specialty, he/she shall receive a maximum credit of two years for prior service in such other ACGME, CPME or ADA accredited training program. Where there is a claimed violation of credit for prior service, retroactive pay shall be limited to 60 days prior to the date on which the Hospital(s) is first notified of such a claim.

c. When some or all of the prior service of a Resident has been in a non-ACGME, CPME or ADA accredited training program, he/she shall, at a minimum, be classified at the PGY level appropriate to the years of service he/she has completed in an ACGME, CPME or ADA accredited training program. Non-ACGME, CPME or ADA training will be evaluated by the individual chairman in reference to assignment of PGY levels for salary purposes. Such training will be re-evaluated if full accreditation is received and upon presentation to the chairman. Increased standing by a Specialty Board for non-ACGME, CPME or ADA accredited training programs shall not apply retroactively during the term of this contract, but be effective only from the time the affected resident submits such determination to his/her director and to the Hospital's Personnel Department.

2. No discrimination or reprisal shall be visited against any such Resident by either party based on membership or non-membership in the CIR/SEIU.

3. The CIR/SEIU shall have the exclusive right to the check off and transmittal of dues in behalf of each employee in the unit, said dues to be checked off monthly from the paycheck of each Resident, pursuant to authorization cards in conformity with law and establish. The Hospital(s) agrees to forward said dues to the CIR/SEIU within twenty (20) days of the end of each month.

4. It is specifically agreed that the Hospital(s) assumes no obligations, financial or otherwise, arising out of the provisions of this Article, and the CIR/SEIU hereby agrees that it will indemnify and hold the Hospital(s) harmless from any claims, actions or proceedings by any Resident arising from deductions made by the Hospital(s) hereunder. Once the funds are remitted to the CIR/SEIU, their disposition thereafter shall be the sole and exclusive obligation and responsibility of the CIR/SEIU.

5. A list of all incoming and outgoing Residents shall be provided to the CIR/SEIU by July 1st, of each year and shall include names, addresses, PGY levels, and fellowship titles if any.

6. The Hospital(s) shall provide the CIR/SEIU with periodic updates of any changes (additions or subtractions) from the total number of Residents in the training program, including, names, home addresses, department, PGY level, and pager numbers.

7. The Hospital(s) agree that upon written authorization from a Resident on a form agreed upon by the Hospital(s) and CIR/SEIU, the Hospital(s) will deduct from each Resident's pay funds for CIR/SEIU's Voluntary Political Action Contribution (CARE) Fund.

Effective July 1, 2010 the Hospital(s) agrees to pay all Chief Residents a differential of $3,000 per year to be paid on a pro-rated basis each month.

## Article 4
### Meals

1. The Hospital(s) shall provide each Resident with an annual meal allowance. The meal allowance shall be paid biweekly and shall not be reduced as a result of a Resident exercising a contractual right to take time off for vacation, sick leave, examinations, conference time or any other contractually guaranteed time off. The meal allowance shall be set at $1,025.00 as of April 16, 2006 and shall continue at that rate for the duration of the agreement. If the cost of the Hospital(s) cafeteria or café food increases substantially during the life of this agreement, the parties agree to meet to negotiate an appropriate increase to the meal allowance. This provision is not subject to the grievance and arbitration process.

2. Residents and Fellows when on duty at the Hospital(s) during the night shall be provided a free midnight snack. The Hospital(s) shall provide a meal to all departments during scheduled Educational hours.

3. The Hospital(s) shall provide kosher and vegetarian meals on request. The CIR/SEIU shall provide the names of the Residents requiring such meals to the Hospital.

4. The Hospital(s) agrees to provide and maintain vending machines stocked with an adequate variety of food and drink for use by Residents twenty four (24) hours per day.

5. In an effort to ensure that all on-call Residents are provided the opportunity to pick up their snack, the food will be delivered to a refrigerator installed in a designated area at each facility. This provision shall be reviewed by the parties six months after it takes effect. Combinations to locks or appropriate access will be made

7

2. A Resident converted to a PGY level pursuant to Section 1 shall, if hereinafter reappointed, be deemed to have served the number of years in an ACGME, CPME or ADA accredited training program applicable to the PGY level to which he/she has been converted and equated pursuant to the said Section 1.

3. A Resident who, during the term of this agreement, successfully completed his/her service for a year and is reappointed to serve for an additional year shall be advanced to the next higher PGY.

4. A year of service in a training program as herein referred to shall mean a year of service in a training program which shall have been certified as having been completed by the appropriate hospital authority.

5. a. Effective January 4, 2009 all Residents shall receive a three percent (3%) wage increase.

b. Effective January 3, 2010 all Residents shall receive a three percent (3%) wage increase.

c. Effective January 2, 2011 all Residents shall receive a three percent (3%) wage increase.

6. Effective April 1, 2008 the annual salary rates of all residents shall be:

| PGY Level | CURRENT | Effective Jan. 4, 2009 3% | Effective Jan. 3, 2010 3% | Effective Jan. 2, 2011 3% |
|---|---|---|---|---|
| 1 | $51,642.33 | $53,191.61 | $54,787.35 | $56,430.97 |
| 2 | $56,075.81 | $57,758.08 | $59,490.82 | $61,275.54 |
| 3 | $61,613.51 | $63,461.92 | $65,365.77 | $67,326.75 |
| 4 | $63,603.22 | $65,511.32 | $67,476.66 | $69,500.96 |
| 5 | $65,699.91 | $67,670.91 | $69,701.03 | $71,792.07 |
| 6 | $67,126.23 | $69,140.02 | $71,214.22 | $73,350.64 |
| 7 | $70,019.40 | $72,119.98 | $74,283.58 | $76,512.09 |
| 8 | $74,263.00 | $76,490.89 | $78,785.62 | $81,149.19 |

7. Effective July 1, 2006 the Hospital(s) agrees to pay all Chief Residents a differential of $2,700 per year to be paid on a pro-rated basis each month.

available to Residents. The Union shall be notified before the Hospital(s) designates a new location.

**Article 5**
**Health & Welfare Benefits**

1.    The Hospital(s) shall make monthly contributions for the purpose of providing health and welfare benefits for each resident employed within the CIR/SEIU bargaining unit and their eligible dependants to the Voluntary Hospitals House Staff Benefits Plan (VHHSBP) on the first day of each month. The contributions shall be made for the purpose of providing each Resident and their eligible dependants with hospital, medical, major medical, dental, life (participant and spouse only) dismemberment (participant only), disability (participant only) coverage and legal services (through the CIR Legal Services Plan) and any other benefit as defined in the Summary Plan Description to participants in the VHHSBP, and the VHHSBP shall thereupon provide such benefits ("the covered benefits").

2.    Effective on the dates noted below, the hospital shall contribute the specified monthly sums to the VHHSBP for each Resident for the purpose of providing the covered benefits to the Resident and their eligible dependants in the VHHSBP.

| Effective Date | Applicable Monthly Contribution Rate for Each Resident. |
|---|---|
| January 1, 2007 | $703.00 |
| January 1, 2010 | $745.81 |

In addition to the foregoing, the Trustees of VHHSBP will conduct on-going reviews of the financial status of the Plan. The Trustees of the VHHSBP shall be empowered to increase the monthly contribution rate to the VHHSBP, if necessary, in order to

8

maintain current covered benefits and an appropriate reserve. The Trustees of the VHHSBP shall have the authority to determine whether and to what extent an increase in the monthly contribution rate is necessary to maintain current covered benefits and an appropriate reserve in accordance with the Trust Agreement and applicable laws.

3.    The dependents of the participant shall be as defined in the VHHSBP Summary Plan Description.

4.    The Hospital shall furnish VHHSBP with lists of incoming and terminating Residents prior to June 1 of each Plan Year. In addition, the employer shall also furnish VHHSBP with a full list of all Residents employed by the hospital twice a year (on or before August 1 and February 1 of each year) The Plan Year is the period from July 1 through June 30. For Residents starting or terminating at times other than the Plan Year, lists of newly hired or terminated residents are to be made to VHHSBP within 30 days from the date the resident is added to the payroll or terminated. The Plan shall have the right to audit the employment records of the Hospital, upon reasonable notice, to confirm any information necessary for the proper administration of the Plan and to ensure that the Hospital is remitting the appropriate contributions.

5.    The Hospital shall provide these lists (cited above in paragraph 4) to CIR/SEIU in an Excel-compatible spreadsheet, either via email or on a disk. The excel spreadsheet template shall be as follows:

Last Name (family name)
First Name
Middle Name (if any)
Social Security #
Current PGY Level
Date of Hire
Department
Street Address (multiple lines separated by semicolon ";")

9

City

State

Zip Code

Email

Home Phone #

Member/Agency Fee Payer (M for member, A for agency fee payer)

Family status (S for single and F for family)

Date of Birth

The list should include a total of all bargaining unit members.

6. The Hospital(s) shall make monthly payments to the VHHSBP on the first of the month for which contributions are due. In the event that any required contributions are not paid when due, the Fund shall be entitled to recover interest on such unpaid contributions at the rate of 18% per annum as well as such other amounts and remedies as are available to employee benefit funds under the Employee Retirement Income Security Act, including the recovery of liquidated damages equal to 20% of unpaid contributions.

7. The Hospital(s) shall continue to provide New York State Disability insurance to its Residents.

Article 6

Vacations/Holidays

1. The annual vacation allowance for Residents employed for a twelve (12) month period shall be four (4) weeks. With the permission of the Chairman of the Department, Residents shall be permitted to split vacation time or use it as a whole unit at the Resident's choice. Such permission shall not be unreasonably denied.

2. When, due to the needs of a given service, it is necessary to limit vacations, they may be limited to the extent of one week only per Resident at the discretion of his/her Department Director and pay for lost vacation shall be granted.

3. Anything to the contrary herein notwithstanding, lesser vacation benefits may be provided where appropriate Specialty Boards require lesser vacation terms and pay for lost vacation shall be granted.

4. Anything to the contrary herein notwithstanding, pay in lieu of vacation shall be provided in the case of residents serving their first year of residency, where full Resident coverage in the given service cannot, in the discretion of the appropriate Department Director, be obtained.

5. Vacations must be taken during the year they are accrued.

6. Holidays: The following days shall be considered holidays with pay: New Year's Day, Martin Luther King's Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, Christmas Day and four (4) Floating Holidays.

7. Where any of the foregoing holidays fall on a Saturday or Sunday the Hospital will designate the Resident's alternate day off with pay within sixty (60) days. When a holiday falls on the regularly scheduled day off of a Resident or during the vacation of a Resident he/she shall be given another day off within sixty (60) days of the holiday, or receive an additional regular day's pay computed on the basis of one fifth (1/5) of his/her regular weekly pay. All Residents required to work on any of the above listed holidays, or whose on-call hours extend into a holiday, will receive either (a) additional day off with pay within sixty (60) days or (b) an additional regular day's pay computed on the basis of one fifth (1/5) of his/her regular weekly pay. Alternate holidays or compensation days may be taken before or after the scheduled holiday. A Resident shall use his/her best efforts to take such days within a given calendar year. But such days may be carried over, within the department, an additional 90 days into the following year, with the permission of the hospital.

## Article 7

## Malpractice Insurance

1. The Hospital will maintain in effect a commercial professional liability insurance policy covering the Hospital and all Residents, with total limits of no less than $1,000,000 for each claim and $3,000,000 in the aggregate annually for Jamaica and Brookdale Hospitals and with total limits of no less than $2,000,000 for each claim and $6,000,000 in the aggregate annually for Flushing Hospital.

2. The Hospital shall indemnify and hold harmless each Resident against any and all liabilities, loss, damage, costs, and expenses of whatever kind, including counsel and attorney fees, arising from any professional liability claim or lawsuit, which they may incur by reason of negligent acts or omissions committed or performed within the scope of their employment, studies, administrative or committee functions or responsibilities, and which are in excess of limits of coverage of any applicable commercial professional liability insurance policy, subject to the following exclusions:

a) criminal actions or proceedings;

b) assault and battery committed by or at the direction of a Resident and which alleged actions are clearly not within the proper scope of a Resident's duties or functions.

c) Payment of an award of punitive damages. Coverage as described herein shall otherwise apply in cases where both compensatory and punitive damages are sought, including the payment of any compensatory damages awarded in such cases.

3. Each Resident shall be protected by the coverage hereunder regardless of whether the Resident is still employed by the Hospital at the time a professional liability claim or lawsuit is made, filed, or served, or served, provided it is arising from acts or omissions within the scope of his/her employment.

4. Each Resident, while on rotation to an affiliated institution, shall be protected from professional liability claims and lawsuits by coverage and indemnification comparable to that provided in this Article, including protection from claims reported or lawsuits filed

12

after completion of the Resident's assignment to that institution. Upon request, CIR or a Resident will be provided by the Hospital with the details of the professional liability coverage for Residents rotating to an affiliated institution.

5. In the event any legal action is taken against any Resident for an act or omission hereinbefore set forth, either jointly with the Hospital or individually, the Hospital shall defend such action at its sole expense. However, both the professional liability insurance coverage for the Residents and the Hospital's obligation to defend and indemnify the Residents as set forth above are conditioned upon the Resident's cooperation in the defense of any professional liability claim or lawsuit.

6. Upon request, the Hospital shall provide the Resident with a copy of the Declarations Page of the professional liability insurance policy in effect, together with a copy of this Article and a description of the Hospital's Risk Management procedures.

7. Upon request, but no more than annually, the Hospital shall provide CIR with a copy of the professional liability insurance policy in effect covering Residents.

8. a) The Hospital will promptly notify CIR of any notice of cancellation or lapse in professional liability insurance coverage applicable to Residents.

b) The Hospital will notify CIR prior to changing insurance carriers or coverage amounts and shall provide documentation as necessary to CIR to show continuity of coverage for the Residents and comparability with the policy described in paragraph 1 hereinabove.

## Article 8

## On-Call Rooms, Lockers & Lounges

1. On call rooms shall be properly maintained seven (7) days a week. Maintenance shall include, but not be limited to, clean linens and towels daily; rooms and bathrooms swept and/or mopped and fixtures cleaned on a regular basis. Bathrooms and showers shall be readily accessible. The number of on-call rooms shall be sufficient so that there shall be no more than two Residents assigned to any room. The Hospital(s) shall make its best effort to provide on-call rooms so that there shall be no more than one Resident assigned to any room.

13

2. The Hospital(s) shall make every effort to provide for separation by gender (i.e. one for male, one for female).

3. For every three (3) Residents on-call, there shall be a computer with free internet and free intranet access where available. All computers will have access to printers and hospital databases.

4. The Hospital(s) shall provide a full-length locker for each Resident in a safe and secure area at all three (3) sites.

5. The Hospital(s) shall maintain a sufficient number of Resident lounges for the exclusive use of Residents. Lounges shall be furnished with couches, chairs, bulletin boards, reading lamps and tables, a television, a microwave, a refrigerator, a coffee machine, and at least two working house telephones with access to regional area codes.

6. On-Call rooms shall be provided in the Hospital(s) to all Residents who are rotating at any of the three sites. Preference shall be given to residents taking 24hr call.

7. On-Call rooms shall have workable locks readily available to each Resident. The On-call rooms shall be properly air and conditioned in the summer months and properly heated during the winter months to the best of the Hospitals' ability.

## Article 9
## Access to Files

1. Upon reasonable request and in any case where discipline is contemplated, Residents shall have the right to examine their personnel files and receive a complete copy. The Hospital(s) shall comply with any Resident's request for access to his/her file as soon as practical but in no case later than 72 hours, exclusive of weekends, after the request is made.

2. All Residents shall have access to their personnel files with right to respond to any Hospital(s) evaluatory statements with a written statement, which shall be added to the file. Residents shall be permitted to challenge the validity of any Hospital(s) documents in their files through the grievance procedure. It is understood

14

that the private reference submissions sent to the Hospital(s) prior to employment are not covered by this Article.

3. Residents shall be notified when any evaluation, complaint or disciplinary notice is placed in their file.

## Article 10
## Laundry

1. The Hospital(s) shall provide laundering services for white coats and scrubs without charge to the residents. White coats and scrubs shall be readily accessible at all times.

2. The Hospital(s) shall provide a minimum of three (3) and a maximum of six (6) white coats and scrubs without charge to the residents.

## Article 11
## Residency Reduction

1. An incumbent Resident shall not be prevented from completing his/her residency program because of the Hospitals' decision, for budgetary reasons or to reduce the number of residents in the program. The foregoing provisions shall not be construed to affect existing rights of the parties regarding renewal of appointments, except that questions regarding non-renewal of Residents appointments may be processed in accordance with Article 13 (Grievance Procedure). The Hospital(s) shall use its best efforts to place incumbent residents whose positions are affected.

2. The Hospital will immediately notify CIR/SEIU and the Resident(s) affected and the CIR/SEIU in writing:

a. Within thirty (30) days of a final decision to discontinue any training program or change in the disposition and/or configuration of a program for any reason.

15

b.      Immediately upon final receipt from the ACGME, ADA, AOA and CPME notification regarding non-accreditation or probation or similar change in the professional status of any training program.

3.      In the event of termination, transfer or reduction in size of any residency program for any reason whatsoever, the Hospital(s) shall make every effort, including making phone calls in search of open residency slots and writing supportive letters of recommendation, to place the affected Resident(s) in other accredited residency programs, including but not limited to residency programs at any other sites. The Hospital(s) will also support all appeals to the termination transfer or reduction in size to any residency program. In such event, the Hospital(s) will make every best effort to temporarily expand the number of residency slots at any of the Hospital's site to accommodate displaced residents, subject to regulatory body's approval.

4.      The Hospital(s) will provide immediate written notification to CIR/SEIU of all scheduled and pending site inspections, reviews and inspections reports made by ACGME, JCAHO, ADA, AOA and CPME, and all other relevant accrediting bodies.

## Article 12

### Leave Time

1.      Sick Leave

Twelve (12) days of paid sick leave shall be provided per year cumulative to a maximum of forty-eight (48) days. Sick leave shall be available as of the date of hire and as of each subsequent anniversary date. Sick leave so advanced may be pro-rated in the event the Resident leaves prior to completion of the year. Disability due to maternity shall be considered as sick leave.

Where a Resident is absent for an episode of illness for several days including two consecutive nights of on-call (or is relieved as above) and upon request provides, satisfactory documentation from his/her personal physician, or where an Resident resigns from his/her residency program the coverage shall be provided by

16

Residents who shall either receive compensation time-off or be paid at the normal hospital moonlighting rate, at the chairman's option when performing duty above the normally published in their regular on-call schedule.

Daytime coverage for a sick or disabled Resident shall be shared by the remaining Residents where such additional duties are not unreasonably burdensome. Where it is practical for a Resident to make-up to one night's absence due to sickness or disability, he/she shall do so.

2.      Maternity Leave

Residents who are pregnant shall, upon their request and with proper notification to their departments and documentation from their personal physician, be assigned electives and rotations appropriate to their condition, relieved of a reasonable and limited amount of night call and exposure to particularly harmful disease, radiation, and chemicals, and be allowed to schedule personal medical visits when necessary. Such requested changes shall be in conformity with the rules of the Resident's specialty board.

The Hospital(s) may require such Residents to present documentation from their personal physician that they are able to continue at or return to work. Unless the department chairman declares that they are unable to work, pregnant Residents may continue to work as long as they perform their modified duties in such a way as to meet satisfactory levels appropriate to their specialty board and departmental requirements before they use their accrued paid and unpaid leave time as specified in Article 11.

Upon request, Residents shall be granted up to 12 months leave of absence without pay in addition to accrued paid holidays, sick and vacation time for maternity, child care and disability. Such Residents shall be allowed to return to their positions without loss of earned credit for full or partial years of service providing that such accreditation allowances are made within the rules or guidelines of the Resident's specialty board. The payment of short term and long-term disability compensation and the extension of insurance coverage shall be as per the provisions specified in the respective plans.

17

The Residents shall be allowed to schedule time for childbirth training classes for themselves or with their spouses as necessary. Adoption shall be treated the same as birth for all appropriate, leave-time purposes. Any child or day-care services provided to other hospital employees shall also be offered to Residents.

3.  Bereavement Leave

A Resident shall be paid at his/her regular pay for three (3) working days absence in the event of the death of a grandparent, parent, spouse, child, domestic partner, legal dependent or brother or sister.

4.  Paternity Leave

Residents shall have two (2) days paternity leave

5.  Marital Leave

Residents shall have three (3) days marital leave

6.  Education Leave

a.  Time off with pay for specialty exams, will be granted for a period not to exceed 3 days in which the exams are actually given.

b.  Education leave up to 3 days with pay, to attend medical conferences shall be granted to eligible employees, provided that appropriate coverage can be arranged within the department. Eligible employees are those Residents in the final year of their basic residency, and any Resident who is a Chief Resident or Fellow.

c.  In addition, all eligible employees (as defined in (b) above), shall receive a medical education allowance of up to $700. Such reimbursement shall be for conferences, board reviews and or board examination, literature such as books, medical audio or video tapes, medical compact discs, work-related medical equipment including

18

personal digital assistants – PDA's - , dues for medical specialty societies, subscriptions for journals, medical license application and/or examination fees, educational tools, and/or medical equipment directly related to the resident's training program and are subject to the approval of the Department Chairperson.  Such approval shall not be arbitrarily denied.  The allowance shall be paid each year not later than 30 days after submitting original expense receipts related to attendance of a medical conference(s) or purchase of medical educational materials.

d.  The Hospital(s) shall pay for all expenses, including travel, room and board, registration fees, and incidental spending for any Resident who is presenting a paper on behalf of the Hospital(s) or is invited to talk at a conference, or is asked to attend by the Hospital(s).

e.  When a Resident is required to take the ACLS course or any of the required certification courses he/she shall be given time off for the length of the course. Coverage shall be arranged by the Department as required, except in an emergency, but at no additional cost to the hospital.

5.  Convention Leave & Union Business

A maximum of four (4) CIR/SEIU Delegates shall be granted paid leave time such that they may attend the annual CIR/SEIU convention and periodic Labor-Management meetings. Thirty (30) days notice shall be provided to the Hospital(s).

6.  Jury Duty

Each Resident shall receive time off with pay for jury duty.  Each resident shall be paid for jury duty leave at his/her regular rate of pay.

19

7. Any leave time taken by a resident during the year that exceeds the amount allowed by the resident's specialty board shall be made up at the discretion of the Program Director.

Article 13

Grievance Procedure

1. A grievance shall be defined as a dispute regarding: (a) the interpretation or application of the terms of this written Agreement; (b) regular and recurrent assignment of a Resident to duties not appropriate to a Resident or (c) a question regarding the non-renewal of the appointment of a Resident.

A grievance may be brought by an individual Resident and the CIR/SEIU, or by the CIR/SEIU alone, and shall be undertaken pursuant to a three (3) step grievance procedure as follows:

2. FIRST STEP: The Resident and the CIR/SEIU shall take the grievance up directly with the Department's Chair, Program Director or Administrator involved. The Department Director or Administrator shall give his/her answer to the Resident and the CIR/SEIU within five (5) working days thereafter.

SECOND STEP: If no satisfactory settlement is reached at the First Step, the CIR/SEIU may present the grievance in writing to the Hospital's Vice President of Human Resources or his/her designated representative within five (5) working days after the Department Director or Administrator has given his/her answer at Step 1.

The Vice President of Human Resources or his/her representative will meet with a representative of the CIR/SEIU within seven (7) working days after receipt of a written grievance and shall give his/her answer in writing to the written grievance within seven (7) working days after he/she meets with the CIR/SEIU representative.

THIRD STEP: If any grievance is not disposed of at Step 2, the CIR/SEIU may, within ten (10) working days after it receives the Vice President of Human Resource's or his/her representative's written response at Step 2, submit the dispute to final and binding arbitration pursuant to the Voluntary Labor Arbitration Rules of the American Arbitration Association.

20

3. In the event a grievance is of a general nature affecting either all the Residents of a single service or two or more Residents assigned to different services, the CIR/SEIU may file such grievances at Step 2 without resort to Step 1.

4. The parties shall bear equally the fees and expenses of the arbitrator.

5. Failure by a Resident or the CIR/SEIU to follow the time limits specified in this Article shall constitute a waiver of the right to further process the grievance. Failure by the Hospital to respond within the time limits prescribed shall be deemed a denial of the grievance.

6. For the purposes of the Article, workdays shall not include Saturdays, Sundays or holidays.

7. Grievances of a timely decision to non-renew a Resident (see Article 15 Individual Contracts), shall be submitted to the Medical Board and the governing body of the Hospital for a final decision in lieu of submission to the American Arbitration Association. The Resident shall be afforded the right to due process before that Board and governing body including the right to be represented by counsel provided by the CIR/SEIU. Grievances regarding the timeliness of notification of non-renewal pursuant to the Article 15, Individual Contracts, shall be submitted to arbitration.

Article 14

Disciplinary Action

1. There shall be no discipline imposed against any Resident except for cause and until there has been a hearing on notice as set forth in this Article.

2. When disciplinary action is contemplated, either by a Department Chair, Program Director or Hospital(s) Administrator(s), written charges shall be simultaneously presented (within 72 hours) to the Resident and to the CIR Contract Administrator assigned to the Hospital(s). A Resident may request a hearing within seven (7) working days after receipt of the written charges. Such requests shall be in writing. Upon receipt of the Resident's request for a hearing, an ad hoc hearing committee of the hospital's Graduate Medical Education Committee (GMEC) shall be formed. The hearing committee shall be comprised

21

the following members of the GMEC: the Director of Medical Education (or designee), a program director from another department and 2 residents from other departments. The ad hoc committee shall hold the hearing within fifteen (15) working days so that the Resident may respond to the charges and provide exculpatory evidence. The Resident shall be entitled to CIR representation at such a hearing. The ad hoc committee shall respond in writing to the Resident and the CIR representative within ten (10) working days after the hearing.

3. If the disciplinary action is not disposed of in the foregoing procedure, the CIR/SEIU may, within ten (10) working days after it receives the hearing committee's written decision, submit the dispute to final and binding arbitration pursuant to the Voluntary Labor Arbitration Rules of the American Arbitration Association.

4. A resident may be reassigned from and/or relieved immediately of medical responsibilities prior to a hearing without pay only where the Hospital determines that the resident's continued presence in the hospital is a risk to the health and safety of patients and/or staff. Such determinations must be communicated in writing and presented to the Resident and to the CIR Contract Administrator. This determination may be grieved starting at the Second Step of Article 13 (Grievance Procedure) within 10 working days after the written determination has been received. A Second Step decision to uphold a determination to relieve a Resident of medical responsibilities may be appealed pursuant to the expedited arbitration procedures of the American Arbitration Association.

5. The Hospital(s) will provide Residents with reasonable time off to defend themselves in disciplinary hearings.

## Article 15

## Individual Contracts

1. Each Resident shall, prior to his/her employment by the Hospital(s), receive a written contract not inconsistent with any of the provisions herein which shall set forth Hospital(s) commitments to such Residents in the following areas: (a) maintenance of electives; (b) rotational schedule, and (c) PGY level and wages appropriate to that PGY level. In the event the Hospital(s), for reasons beyond its control cannot meet its obligations under (a) or (b) above, it shall immediately notify the individual Resident and make arrangements to provide a satisfactory substitute elective and/or rotation.

2. The form of individual contract presently used by the Hospital(s) shall be furnished to the CIR/SEIU and, if changed, a copy of any such change will be furnished to the CIR/SEIU prior to its use.

3. Residents shall be notified in writing seven and one half (7½) months prior to the end of their annual contract year if their contract is to be non-renewed. (For example, November 15th shall be the date following a July 1st appointment.)

4. PGY-1 Residents and residents who have transferred into any of the residency training programs at any of the hospital's sites, shall be notified in writing during their first year of training six and one half (6½) months prior to the end of their annual contract if their contract is to be non-renewed. (For example: December 15th shall be the date following a July 1st appointment.)

5. The form of individual contract shall not be inconsistent with any of the provisions of this Agreement.

6. No individual waiver by a Resident of his/her rights under the collective bargaining agreement shall be effective unless consented to in writing by the CIR/SEIU.

## Article 16

### Work Schedules

1. No Resident shall be required to perform on-call duty in the Hospital(s) more frequently than one night in three as the term one night in three is commonly understood.

2. The Hospital(s) shall be in full compliance with the New York State Department of Health Section 405 and any other accrediting body's duty hour requirement.

## Article 17

### Parking

1. The Hospital(s) shall provide for sufficient number of spaces for all Residents in its parking facilities. The Hospital(s) agrees to cooperate with the Residents in their effort to recover any damage or losses incurred while their cars are parked in Hospital(s) facilities.

2. Parking Cost at Hospital(s) facilities will be capped at the current rates for the remainder of 2008.

3. The Hospital(s) shall provide the Residents with safe and secure parking garage or area. Residents shall be entitled to have a security officer escort them to their car upon request. The Hospital(s) shall provide that the parking is well lit and that it has sufficient security.

4. The Jamaica Hospital policy concerning reimbursement parking fees in excess of the daily rate is as follows:

When a Resident begins duty on one day and concludes his/her duty on the next day, he/she may seek petty cash reimbursement for parking fees in excess of the daily rate by submitting their receipt to the Hospital's Accounts Payable Department within thirty (30) days of payment of that fee and within a reasonable time after complying with this section, shall receive reimbursement.

5. The Jamaica Hospital policy concerning Parking Tags at Jamaica is as follows:

Parking Tags are no longer provided. If at some future time during the course of this agreement it becomes feasible to permit parking in designated areas beyond the hospital parking garage, the CIR and Hospital agree to revisit this issue and make a determination as to whether designated parking can be offered

6. Flushing Hospital policy concerning vouchers for on-call shift is as follows:

Each Resident shall receive a voucher for each on-call shift to be used for parking overnight in the Hospital lot so that they are not charged for parking when On-call (will be charged only one day). The vouchers will be distributed at the beginning of each month based on the scheduled number of monthly on-call assignments (for example if a Resident is scheduled to be on-call 8 times in the month, he/she shall receive 8 vouchers at the beginning of that month). If a Resident works an extra on-call assignment during the month, then he/she shall receive an additional parking voucher

## Article 18

### Prohibition Against Discrimination

Neither the Hospital(s) nor the CIR/SEIU shall discriminate against or in favor of any employee. The Hospital(s) agrees that the opportunity to give and obtain Equal Employment Opportunity to mean: " The treatment of all employees and applicants for employment without unlawful discrimination as to race, creed, color, national origin, sex, age, disability, marital status, sexual orientation, religion, citizenship status, place of medical education or union activity in all employment decisions, including but not limited to recruitment, hiring, compensation, training and apprenticeship, promotion upgrading, demotion, downgrading, transfer, lay-off and termination and all other terms and conditions of employment."

## Article 19

### Out of Title Work

1. Staffing shall be sufficient so that in the event of illness, injury, vacation, leave time, or resignation, Residents can be replaced without an unreasonable or permanent increase in the workload, on-call schedule or Emergency Room duties or a decrease in elective time of other Residents. Residents who are out shall not have to make up time except where required by Specialty Board standards.

2. The parties recognize that Residents have professional responsibilities for the care and treatment of patients. Residents in both Inpatient and Outpatient Services shall not regularly or recurrently be assigned or expected to perform various support functions including IV services, clerical services, routine vital signs and weights, phlebotomy services, and services pertaining to the movement of patients and materials within the Hospital(s).

3. The Hospital(s) recognizes that the provision of minimum standard of ancillary and support services is a fundamental institutional responsibility. These services include IV therapy, phlebotomy, clerical support on ambulatory and inpatient clinical units, EKG service, interpreter service, and the movement of patients and materials about the facility in a timely manner.

## Article 20

### Education / Patient Care Committee

1. An Education/Patient Care Committee (EPCC) shall be established composed of four (4) CIR/SEIU Elected Residents, and two (2) members chosen by the Hospital(s) Administration(s).

2. The Hospital(s) will provide up to $2,000 per year for the purchase of materials specifically requested by the CIR/SEIU for the use of the EPCC. **Effective**

26

7/1/2008 the amount provided will increase to **$3,000 per year. Also effective 7/1/2008:**

If the full amount is not used, whatever remains will be rolled over to the next year up to a maximum of $6,000.

3. The EPCC will review and consider equipment, education and patient needs of the Hospital(s) Administration(s). Equipment and/or material that are required by the New York State Department of Health, Accrediting bodies or any state regulatory agency cannot be submitted to be considered for purchasing by the EPCC.

4. The EPCC will make written proposals for equipment, education and patient needs to the appropriate Hospital(s) Administrator(s). A copy of such proposal will be made available to the CIR/SEIU.

5. The EPCC will be informed in writing, within thirty (30) days, of the Hospital's action on its proposals.

6. The EPCC will meet at least quarterly. Final decision of any proposal is at the discretion of the President of the Hospital(s) and is not subject to the grievance and arbitration procedures.

## Article 21

### Education

The Hospital(s) agree to provide a suitable environment for the medical education experience and a training program that meets the general requirements of the essentials of all appropriate residency accrediting bodies.

## Article 22

### Patient Transfers

Coverage of patient transfers from the Hospital(s) between the hours of 4:00 p.m. and 7:00 a.m. shall be provided according to the following procedure:

1. A list of Residents who volunteer to accompany patients transferred from the Hospital by ambulance between 4:00 p.m. and 7:00 a.m. will be created. The list

27

shall be in alphabetical order.

2. Residents shall be paid fifty dollars ($50) for each transfer he/she performs. When the scheduled time of such duty (scheduled departure to actual return) exceeds two (2) hours, the Residents shall be paid an additional twenty-five dollars ($25).

3. Transportation for the Resident's return to the Hospital(s) shall be pre-arranged before the transport begins. If return transportation is not provided, actual taxi fare will be immediately reimbursed upon submission of receipt(s).

4. From the list of volunteers, Residents will be called in alphabetical order. Once a Resident has performed a patient transfer under this provision, his/her name will rotate to the bottom of the list.

5. If no Resident on the list of volunteers is available, a Resident on-call at the Hospital(s) may be assigned to the transfer.

## Article 23

## Labor / Management Committee

In the interest of sound labor relations, CIR/SEIU and the Hospital(s) will form a Labor-Management Committee made up of CIR/SEIU Representatives, and the Hospital(s) Medical Director and his/her designees. The Labor-Management Committee shall meet on a regularly scheduled basis to discuss and address any issues and concerns.

In addition, the Labor-Management Committee may discuss and attempt to reach a mutually agreeable solution to any problems arising from the implementation or interpretation of this Agreement in an effort to resolve issues of concern prior to the formal Grievance Procedure

## Article 24

## Political Action Check-Off (CARE)

The Hospital(s) agrees that upon written authorization from a Resident on a form agreed upon by the Hospital(s) and CIR/SEIU, the Hospital(s) will deduct from each Resident's pay funds for CIR/SEIU's Voluntary Political Action Contribution (CARE) Fund.

## Article 25

## Rotational Expenses

Residents shall be reimbursed for actual travel and parking expenses incurred on mandatory rotations at other hospitals. Residents must provide receipts in order to be reimbursed. Residents must submit receipts and requests for reimbursement within 30 days of incurring the expense. Medisys will reimburse residents within 30 days of submission.

## Article 26

## Moonlighting

1. Moonlighting is prohibited during the Residents first post graduate year (PGY-1).

2. During PGY-2 and thereafter, moonlighting is permitted if it does not impinge on or interfere with the Resident's performance of his/her required duties at the Hospital and provided that it is in conformance with all applicable legislative requirements.

3. If, in the opinion of the Director of Academic Affairs or the Executive Director with the concurrence of the Director of Medical Education, moonlighting has

## Article 29

### Medical Board Representation

1.   The Hospital(s) Medical Board two (2) non-voting representatives of the Residents, to be elected by their peers.

Resident representatives shall be timely notified, in writing whenever possible, of all scheduled meetings and proposed agendas of the Medical Board and/or committees thereof on which they sit.

2.   The Hospital(s) will notify the CIR/SEIU of the date of inspection by JCAHO or the New York State Department of Health and will upon request make available to the CIR/SEIU the JCAHO or NYSDOH report.

## Article 30

### Separability

In the event that any provision of this Agreement is found to be in contravention of the laws or regulations of the United States or the State of New York or found by any court of competent jurisdiction to be invalid, such invalidity shall not impair the validity and enforceability of the remaining provision of this Agreement.  The parties shall enter into immediate collective negotiations for the purpose of arriving at a mutually satisfactory replacement for such provision.

---

impinged on or interfered with a Resident's primary obligations, the Director of Academic Affairs may request in writing that the moonlighting cease.

4.   Any request to a Resident to cease moonlighting must be in writing.  Such written notification must include an explanation of how such moonlighting interferes with the Resident's responsibilities at the Hospital(s).

5.   A request to cease moonlighting shall not be arbitrary or capricious.

6.   These items shall not be grievable through the Hospital(s) CIR/SEIU contract.

7.   Residents shall not be required to engage in moonlighting.

8.   Residents shall comply with the New York State Department of Health Section 405.

## Article 27

### Safety and Health

1.   The Hospital(s) shall provide a healthy and safe work environment for the Residents and comply with Federal, State, and local health and safety laws.

2.   Personal protection equipment that consists of masks, gloves, gowns, goggles, safe needles, and other appropriate equipment as needed shall be available on each patient unit, in the emergency room, in the operating room and other areas where needed.  Residents shall be responsible for properly discarding equipment and sharps immediately after treating patients and shall follow all the medical center's safety rules and regulations.

## Article 28

### Medical Education Benefits

The Hospital(s) shall pay for all BCLS, ACLS, ATLS, and PALS courses for their full certification and subsequent re-certification for each Resident applicable to their specialty and shall provide each Resident with time off for the length of such courses.

## Article 31
## Miscellaneous

1.    The Hospital(s) will provide bulletin board space to be used by the CIR/SEIU.  Current locations and use of bulletin boards by CIR/SEIU shall remain in place.

2.    The Hospital(s) shall provide CIR/SEIU with access to the Orientation for the newly hired Residents.  The Hospital(s) shall allot sufficient time for CIR/SEIU on the orientation schedule for the purpose of making presentations about membership and distributing materials.

3.    The Hospital(s) will make reasonable efforts to provide or compile a list of available personnel to act as translators.

4.    The Hospital(s) will provide and maintain a copying machine for use by the Resident for the copying of medical materials for their educational use.

5.    It is understood that access to the Medical Libraries will be available 24 hours and that access will be made available to Residents when the Medical Library is not open.  At all three (3) facilities, there will be hospital wide Internet connectivity providing access to Medline.  Residents will have access to reference textbooks, either electronic or print and access to the Hospital(s) databases.

6.    The Hospital(s) will make every effort to provide in the future intranet access at the point of care.

7.    The Hospital(s) will make every effort to continue to provide maintenance and upgrades to their electronic system.

8.    Sufficient beepers will be made available for all Residents while on duty.

9.    Residents shall be appointed to the following Hospital(s) Committees: Quality Assurance, Utilization and Review, Medical Education, the Committee on Bio-ethics, and any other committee the Hospital(s) shall deem appropriate.

10.   Vaccines, other appropriate treatments and counseling will be offered to the Resident with out charge on a twenty-four hour (24 hr.) basis for disease contracted in the Hospital(s) through the course of the Resident assignment.

## Article 32
## Hospital Rights

Unless modified or relinquished in this Agreement, the Hospital shall continue to have sole right to manage and operate its business, property and facilities and to direct its working forces including, but not by way of limitation, any change in the nature or scope of the business or method of system of operating the same, the discontinuance, consolidation or change in the organization or departments, the discontinuance, consolidation or reorganization of any training program, the discharge of Residents for just cause, the direction and scheduling of the working force, the fixing of opening and closing hours, except as herein specified, the employment, placement, transfer, promotion of employees, and the need for and extent of any layoff.  The Hospital may continue, and from time to time, make or change such rules or regulations as it may deem necessary and proper for the conduct of its business provided that the same and their promulgation are not inconsistent with any of the provisions of this Agreement.

## Article 33
## No Strike - No Lockout

1.    Neither the CIR/SEIU nor any Resident will directly or indirectly cause, engage or participate in any strike, work stoppage, work interruption, work slowdown, sick-out or sympathy strike during the life of this agreement.  The Hospital will not directly or indirectly cause, engage, or participate in any lockout of any kind during the life of this agreement as a result of any dispute with the CIR/SEIU or any Resident(s).  Inability of the Hospital to continue operations because of a labor dispute shall not be considered a lockout.

2.    Should a group of Residents unilaterally and independently engage in any of the aforementioned activities, the CIR/SEIU shall notify such Resident by telegram of its disapproval of such actions and instruct such Residents to cease such action and return to work immediately.

## Article 34

## Contract Renewal

This agreement shall be in full force and effect from April 1, 2008 through October 31, 2011 and shall continue to be in effect and be automatically renewed from year to year thereafter unless either party gives notice to the other at least one hundred and twenty (120) days prior to October 31, 2011 of its desire to modify this agreement.

IN WITNESS WHEREOF, the parties hereto have caused these present to be signed by their duly authorized representative(s) the 15th day of August, 2008.

By: _____
Max Sclair
Jamaica Hospital Medical Center,
Flushing Hospital Medical Center
Brookdale University Hospital & Medical Center

By: _____
CIR/SEIU

By: _____
CIR/SEIU

---

April 1, 2008

Mr. Max Sclair
Vice President
Human Resources
Jamaica, Brookdale, and Flushing Medical Centers
8900 Van Wyck Expwy
Jamaica, NY 11418

Re: Information Technology Committee

Dear Mr. Sclair:

In connection with the Collective Bargaining Agreement being executed simultaneously between the Hospital and the CIR/SEIU, it is agreed:

Information Technology Committee (ITC) - Side Letter

Whereas the parties acknowledge a mutual desire to ensure the availability of and access to adequate technological and electronic resources such as laboratory and radiological systems, medical information retrieval systems and electronic medical literature databases, the parties agree as follows:

Upon ratification of the CBA between Brookdale, Jamaica and Flushing Hospitals and the CIR, the parties agree to form a committee to address and oversee the acquisition and distribution of computers and other information technology related equipment and software.

The Hospitals agree to acquire such agreed upon equipment and software within the first academic year of the ratification of the CBA.

In order to accomplish the goals of the ITC, the committee will meet at mutually agreeable scheduled times. The committee will discuss and attempt to reach solutions in good faith, to any problems arising from the subject matter of this provision. The parties further agree that this committee and it's related issues shall not be subject to the grievance and arbitration procedures set forth in the CBA.

Very truly yours,

Cliff Fried, CIR Organizer
CIR/SEIU

Agreed:

Max Sclair, Vice President - Human Resources
Jamaica, Brookdale, and Flushing Medical Centers

35

34

April 1, 2008

Mr. Max Sclair
Vice President
Human Resources
Jamaica, Brookdale, and Flushing Medical Centers
8900 Van Wyck Expwy
Jamaica, NY 11418

Re: Education Leave Side Letter

Dear Mr. Sclair:

In connection with the Collective Bargaining Agreement being executed simultaneously between the Hospital and the CIR/SEIU it is agreed:

Education Leave – Memorandum of Understanding

Starting in their next to last year, Residents shall be eligible to access the medical education allowance of up to $700. The Hospital will advance the resident the $700 with an acknowledgment in writing that if the resident resigns/leaves the program by the Program Director for "professional issues" the monies will be returned to the Hospital. The Hospital may recover the actual amount of the medical allowance from the resident's terminal pay. The Hospital agrees to notify the Union and the Resident of the amount the Hospital is seeking to recover upon notification of the separation of employment.

Only this added provision shall expire on 10/30/2011 (sunset provision). The main Article in the Collective Bargaining Agreement shall survive as written.

Very truly yours,

Cliff Feld, CIR Organizer
CIR/SEIU

Agreed:

Max Sclair, Vice President - Human Resources
Jamaica, Brookdale, and Flushing Medical Centers

The Committee of Interns and Residents/SEIU (CIR/SEIU) represents over 13,000 resident physicians in New York, New Jersey, Washington D.C., Florida, Massachusetts, California, New Mexico and Puerto Rico. Collective bargaining agreements cover both public and private sector hospitals.

Founded in 1957, CIR/SEIU is affiliated with the Service Employees International Union (SEIU), a 2 million member union in the U.S., Puerto Rico and Canada including 1,000,000 members in the healthcare field.

This collective bargaining agreement, negotiated by CIR/SEIU members at Jamaica Hospital Center, Flushing Hospital Medical Center and Brookdale University Hospital and Medical Center provides for salaries, leave time, a due process procedure in disciplinary cases, a grievance procedure, and other issues of concern to Housestaff.

**Know your rights and benefits – read your CIR contract!**

To contact your CIR organizer, call or write:

Committee of Interns & Residents/SEIU
520 Eighth Avenue, Suite 1200
New York, NY 10018
phone (212) 356-8100
toll free 800.CIR.8877
fax (212) 356-8111
info@cirseiu.org
http://www.cirseiu.org
http://hourswatch.org

To contact the House Staff Benefits Plan, call or fax:
ph: (212) 356-8180