UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NELLIE SAMPSON,

*on behalf of herself and all other employees similarly situated,*

                       Plaintiff,

     v.

MEDISYS HEALTH NETWORK INC., THE JAMAICA HOSPITAL, THE BROOKDALE HOSPITAL MEDICAL CENTER, FLUSHING HOSPITAL AND MEDICAL CENTER, PENINSULA HOSPITAL CENTER, DAVID P. ROSEN and MAX SCLAIR,

                       Defendants.

CV-10-1342 (SJF-ARL)

**COMPENDIUM OF UNREPORTED DECISIONS CITED IN DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND STAY DISCOVERY**

Dated:  New York, New York
        July 22, 2010

Lorie E. Almon
Edward Cerasia II
Anjanette Cabrera
Mary E. Ahrens
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

Kristen G. McGurn
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
(617) 946-4800

Attorneys for Defendants

12514963v.2

For the convenience of the Court, Defendants MediSys Health Network, Inc. ("MediSys"), The Jamaica Hospital, Brookdale Hospital and Medical Center, Flushing Hospital and Medical Center, Peninsula Hospital Center, David P. Rosen, and Max Sclair (collectively, "Defendants") provide herewith copies of all unreported decisions cited in Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Amended Complaint and Stay Discovery.

## CASES

Tab

*Allen v. New World Coffee, Inc.*,
    2001 WL 293683 (S.D.N.Y. Mar. 27, 2001) ...................................................................1

*Baguer v. Spanish Broad. Sys.*,
    2007 U.S. Dist. LEXIS 70793 (S.D.N.Y. Sept. 20, 2007) ................................................2

*Bailey v. Border Foods, Inc.*,
    2009 WL 3248305 (D. Minn. Oct. 6, 2009) .....................................................................3

*Casio Computer Co. v. Sayo*,
    2000 WL 1877516 (S.D.N.Y. Oct. 13, 2000) ...................................................................4

*Choimbol v. Fairfield Resorts*,
    2006 U.S. Dist LEXIS 68225 (E.D. Va. Sept. 11, 2006) ..................................................5

*Comprehensive Habilitation Servs., Inc. v. Commerce Funding Corp.*,
    2009 WL 935665 (S.D.N.Y. Apr. 7, 2009) .......................................................................6

*Darrow v. WKRP Mgmt.*,
    2010 WL 1416799 (D. Colo. Apr. 6, 2010) ......................................................................7

*Eldred v. Comforce Corp.*,
    2010 WL 812698 (N.D.N.Y. Mar. 2, 2010) ......................................................................8

*Ellis v. HarperCollins Publishers, Inc.*,
    2000 WL 802900 (S.D.N.Y. June 21, 2000) ....................................................................9

*Freundt v. Allied Tube & Conduit Corp.*,
    2007 U.S. Dist. LEXIS 87852 (N.D. Ill. Nov. 29, 2007) ................................................10

*Gifford v. Meda*,
    2010 WL 1875096 (E.D. Mich. May 10, 2010) .............................................................11

*Haggerty v. Ciarelli & Dempsey*,
   2010 WL 1170352 (2d Cir. Mar. 25, 2010) .................................................................................12

*Harding v. Time Warner, Inc.*,
   2010 WL 457690 (S.D. Cal. Jan. 26, 2010) ..................................................................................13

*Jonites v. Exelon Corp.*,
   2007 U.S. Dist. LEXIS 55400 (N.D. Ill. July 30, 2007) ..............................................................14

*Jordan v. Verizon Corp.*,
   2008 WL 5209989 (S.D.N.Y. Dec. 10, 2008) ..............................................................................15

*Knoll v. Schectman*,
   2005 U.S. Dist. LEXIS 41629 (W.D.N.Y. Nov. 22, 2005) ..........................................................16

*Lopez v. Flight Services & Sys., Inc.*,
   2008 WL 203028 (W.D.N.Y. Jan. 23, 2008) ................................................................................17

*McGee v. State Farm Mut. Auto. Ins. Co.*,
   2009 WL 2132439 (E.D.N.Y. July 10, 2009) ..............................................................................18

*Persaud v. Bode*,
   2006 U.S. Dist. LEXIS 97452 (E.D.N.Y. Feb. 6, 2006) ..............................................................19

*Rich v. Associated Brands, Inc.*,
   2010 WL 2135317 (2d Cir. May 28, 2010) .................................................................................20

*Riel v. Morgan Stanley*,
   2007 U.S. Dist. LEXIS 11153 (S.D.N.Y. Feb. 16, 2007) ............................................................21

*Stanke v. Penloyd, LLC*,
   2010 WL 1687634 (N.D. Okla. Apr. 23, 2010) ...........................................................................22

*Tracy v. NVR, Inc.*,
   2009 WL 3153150 (W.D.N.Y. Sep. 30, 2009) .............................................................................23

*Villegas v. J.P. Morgan Chase & Co.*,
   2009 WL 605833 (N.D. Cal. Mar. 3, 2009) .................................................................................24

*West 79th Street Corp. v. Congregation Kahl Minchas Chinuch*,
   2004 WL 2187069 (S.D.N.Y. Sept. 29, 2004) .............................................................................25

*Wyly v. CA, Inc.*,
   2009 U.S. Dist. LEXIS 90037 (E.D.N.Y. 2009) ..........................................................................26

12514963v.2

Dated: New York, New York
July 22, 2010

Respectfully submitted,

SEYFARTH SHAW LLP

By /s/ Lorie E. Almon
   Lorie E. Almon
   Edward Cerasia II
   Anjanette Cabrera
   Mary E. Ahrens
620 Eighth Avenue, 32nd Floor
New York, New York 10018
(212) 218-5500

Kristin G. McGurn
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
(617) 946-4800

*Attorneys for Defendants*

12514963v.2