UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NELLIE SAMPSON, *on behalf of herself and all other employees similarly situated*,

                    Plaintiff,

    v.

MEDISYS HEALTH NETWORK INC., THE JAMAICA HOSPITAL, THE BROOKDALE HOSPITAL MEDICAL CENTER, FLUSHING HOSPITAL AND MEDICAL CENTER, PENINSULA HOSPITAL CENTER, DAVID P. ROSEN and MAX SCLAIR,

                    Defendants.

CV-10-1342 (SJF-ARL)

**COMPENDIUM OF UNREPORTED DECISIONS CITED IN DEFENDANTS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION <u>TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND STAY DISCOVERY</u>**

Dated: New York, New York
        September 30, 2010

                              Lorie E. Almon
                              Edward Cerasia II
                              Anjanette Cabrera
                              Mary E. Ahrens
                              SEYFARTH SHAW LLP
                              620 Eighth Avenue
                              New York, New York 10018
                              (212) 218-5500

                              Kristen G. McGurn
                              SEYFARTH SHAW LLP
                              Two Seaport Lane, Suite 300
                              Boston, Massachusetts 02210
                              (617) 946-4800

                              Attorneys for Defendants

12752621v.1

For the convenience of the Court, Defendants MediSys Health Network, Inc. ("MediSys"), The Jamaica Hospital, Brookdale Hospital and Medical Center, Flushing Hospital and Medical Center, Peninsula Hospital Center, David P. Rosen, and Max Sclair (collectively, "Defendants") provide herewith copies of all unreported decisions cited in Defendants' Reply Memorandum of Law in Further Support of Their Motion to Dismiss Plaintiff's Amended Complaint and Stay Discovery.

## CASES

Tab

*Acho v. Cort*,
    2009 WL 3562472 (N.D. Cal. Oct. 27, 2009)..............................................................................1

*Barrus v. Dick's Sporting Goods, Inc.*,
    2010 WL 3075730 (W.D.N.Y. Aug. 5, 2010) ............................................................................2

*Bravo v. Eastpoint Int'l Inc.*,
    2001 U.S. Dist. LEXIS 3647 (S.D.N.Y. Mar. 30, 2001) ...........................................................3

*Camesi v. Univ. of Pittsburgh Med. Ctr.*,
    2009 WL 2940067 (W.D. Pa. Sept. 11, 2009)............................................................................4

*Cavallaro v. UMass. Memorial Healthcare, Inc.*,
    2010 U.S. Dist. LEXIS 96558 (D. Mass. July 2, 2010).............................................................5

*Darrow v. WKRP Mgmt., LLC*,
    2010 WL 1416799 (D. Colo. Apr. 6, 2010)................................................................................6

*Ellis v. Harpercollins Publishers, Inc.*,
    2000 WL 802900 (S.D.N.Y. June 21, 2000) ..............................................................................7

*Gordon v. Kaleida Health*,
    2008 WL 5114217 (W.D.N.Y. Nov. 25, 2008) ..........................................................................8

*Harding v. Time Warner, Inc.*,
    2010 WL 457690 (S.D. Cal. Jan. 26, 2010)................................................................................9

*Hollingsworth v. Range Res.-Appalachia, LLC*,
    2009 WL 3601586 (M.D. Pa. Oct. 28, 2009) ...........................................................................10

*Int'l Motor Sports Group, Inc. v. Gordon*,
    1999 WL 619633 (S.D.N.Y. Aug. 16, 1999) ...........................................................................11

*Jonites v. Exelon Corp.*,
    2007 U.S. Dist. LEXIS 55400 (N.D. Ill. July 30, 2007)..........................................................12

*King v. Heritage Enter., Inc.*,
    2010 WL 3433292 (C.D. Ill. Aug. 25, 2010)..........................................................................13

*Kuznyetsov v. West Penn Allegheny Health Sys.*,
    2010 WL 597475 (W.D. Pa. Feb. 16, 2010) ..........................................................................14

*Kuznyetsov v. West Penn Allegheny Health Sys.*,
    2009 WL 2175585 (W.D. Pa. July 20, 2009) ........................................................................15

*Landry v. Peter Pan Bus Lines, Inc.*,
    No. 09-11012, slip op. (D. Mass. Nov. 20, 2009)..................................................................16

*LeTouzel v. Kodak*,
    2006 WL 1455478 (W.D.N.Y. May 25, 2006).......................................................................17

*Petras v. Johnson*,
    1993 WL 228014 (S.D.N.Y. June 22, 1993) .........................................................................18

*Procapui-Productores de Camaroes de Icapui Ltda. v. Layani*,
    2008 WL 3338199 (S.D.N.Y. Jan. 11, 2008) ........................................................................19

*Pruell v. Caritas Christi*,
    No. 09-cv-11466 (GAO) (D. Mass. Sept. 27, 2010) (Dkt. No. 29) ........................................20

*Pruell v. Caritas Christi*,
    No. 09-cv-11466 (GAO) (D. Mass. Sept. 27, 2010) (Dkt. No. 31) ........................................21

*Skylon Corp. v. Guilford Mills, Inc.*,
    1997 WL 88894 (S.D.N.Y. Mar. 3, 1997) .............................................................................22

*Tracy v. NVR, Inc.*,
    2009 WL 3153150 (W.D.N.Y. Sept. 30, 2009) .....................................................................23

12752621v.1

Dated:   New York, New York
         September 30, 2010

                    Respectfully submitted,

                    SEYFARTH SHAW LLP

                    By s/ Lorie E. Almon
                       Lorie E. Almon
                       Edward Cerasia II
                       Anjanette Cabrera
                       Mary E. Ahrens
                  620 Eighth Avenue, 32nd Floor
                  New York, New York 10018
                  (212) 218-5500

                  Kristin G. McGurn
                  SEYFARTH SHAW LLP
                  Two Seaport Lane, Suite 300
                  Boston, Massachusetts 02210
                  (617) 946-4800

                  *Attorneys for Defendants*