

**Thomas & Solomon LLP**
THE EMPLOYMENT ATTORNEYS

October 27, 2010

**VIA ECF & FEDERAL EXPRESS**

Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451

  Re: <u>Sampson v. MediSys Health Network, Inc. et al</u>
    Civil Action No. 10-cv-1342 (SJF) (ARL)

Dear Judge Feuerstein:

  On behalf of plaintiffs, I write to request an adjournment of the recently scheduled status conference set for October 29, 2010 at 11:15 am.

  Due to a scheduling conflict, plaintiffs' counsel is unable to attend the conference at the scheduled date and time. Plaintiffs and defendants are available to reschedule the October 29, 2010 in-person status conference for November 10 or 11. In the alternative, the parties could be available for a telephone conference on October 29, 2010 in the afternoon should the Court prefer to proceed on the scheduled date.

  Thank you for your courtesies in this matter.

           Respectfully submitted,

           *Jessica L. Witenko* /jer
           Jessica L. Witenko

cc: Lorie E. Almon (by ECF)
   Anjanette Cabrera (by ECF)
   Edward Cerasia, II (by ECF)

693 East Avenue, Rochester, New York 14607  tel: 585.272.0540  fax: 585.272.0574
jwitenko@theemploymentattorneys.com • www.theemploymentattorneys.com