# SEYFARTH SHAW LLP

620 Eighth Avenue

New York, New York 10018

(212) 218-5500

fax (212) 218-5526

www.seyfarth.com

Writer's direct phone
(212) 218-5517

Writer's e-mail
lalmon@seyfarth.com

April 14, 2011

**VIA ECF & FEDEX**

Justin M. Cordello, Esq.
Thomas & Solomon LLP
693 East Avenue
Rochester, New York 14607

      Re:    *Nellie Sampson v. MediSys Health Network, Inc., et al.*,
               Eastern District of New York, Case No. 10-cv-1342 (SJF) (ARL)

Dear Mr. Cordello:

    Enclosed please find the following papers in connection with Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint and Stay Discovery:

- Notice of Motion to Dismiss Plaintiffs' Second Amended Complaint and Stay Discovery;

- Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiffs' Second Amended Complaint and Stay Discovery; and

- Compendium of Unreported Decisions Cited in Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiffs' Second Amended Complaint and Stay Discovery.

                                        SEYFARTH SHAW LLP

                                        s/ Lorie E. Almon
                                        Lorie E. Almon

Enclosures

cc:    Kristin McGurn (w/o encl.)
        Mary E. Ahrens (w/o encl.)

BRUSSELS | WASHINGTON, D.C. | SAN FRANCISCO | SACRAMENTO | NEW YORK | LOS ANGELES | HOUSTON | CHICAGO | BOSTON | ATLANTA

13311239v.1