**Thomas & Solomon LLP**
THE EMPLOYMENT ATTORNEYS

**Order**  May 4, 2011

The application is:
- ✓ granted only insofar as plaintiffs' page limit for its Memorandum of Law in support of its opposition to the motion is increased to thirty-five (35) pages.
- ___ denied
- ___ referred to Magistrate Judge _____ for
  - ___ decision
  - ___ report and recommendation

[signature] 5/5/11

VIA ECF

Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451

Re: <u>Sampson v. MediSys Health Network, Inc. et al.</u>
Civil Action No. 10-cv-1342 (SJF) (ARL)

Dear Judge Feuerstein:

This firm represents plaintiffs in the above-referenced matter. On April 14, 2011 defendants served their Motion to Dismiss Plaintiff's Second Amended Complaint and Stay Discovery. Plaintiffs write to respectfully request an increase in the Court's twenty-five page limit for their response to defendants' motion.

Through their extensive motion to dismiss, defendants move to dismiss plaintiffs' claims under the Fair Labor Standards Act, the New York Labor Law, as well as plaintiffs' common law claims. In order to fully address the arguments raised by defendants, plaintiffs will need a page extension. In fact, defendants have requested and were granted a page increase to thirty-five pages for their motion to dismiss and will also be afforded an additional twenty-five pages for their reply.

Accordingly, plaintiffs request forty pages (40) for their response, which is no greater than the total number of pages allowed for defendants' briefing and which will allow plaintiffs to fully address all of the arguments raised by defendants in their motion to dismiss. The Court previously granted an extension to 40 pages on plaintiffs' response to defendants' motion to dismiss the amended complaint. *See* Docket No. 62.

Therefore, plaintiffs respectfully request that the Court grant their request for leave to file a memorandum of law of no more than forty (40) pages in opposition of defendants' motion to dismiss.

693 East Avenue, Rochester, New York 14607  tel: 585.272.0540  fax: 585.272.0574
jwitenko@theemploymentattorneys.com • www.theemploymentattorneys.com

Honorable Sandra J. Feuerstein
May 4, 2011
Page 2


Thank you for your courtesies in this matter. Please do not hesitate to contact this office should you have any questions or concerns.

Respectfully submitted,

*Jessica Witenko*

Jessica L. Witenko


cc: Lorie E. Almon (by ECF)
Anjanette Cabrera (by ECF)
Kristin G. McGurn (by ECF)
Edward Cerasia, II (by ECF)