**Thomas & Solomon LLP**
THE EMPLOYMENT ATTORNEYS

**Order** May 19, 2011
The application is:
✓ granted.
___ denied
___ referred to Magistrate Judge _____ for
___ decision
___ report and recommendation

*[Handwritten annotation: Plaintiffs are to serve opposition papers on or before May 26, 2011 and defendants' reply is fully briefed motion to be filed on June 14, 2011. The conference scheduled for June 27, 2011 is adjourned to June 30, 2011 at 11:15 AM.]*

*5/20/11*

VIA ECF & FACSIMILE

Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451

Re: <u>Sampson v. MediSys Health Network, Inc. et al</u>
    Civil Action No. 10-cv-1342 (SJF) (ARL)

Dear Judge Feuerstein:

We represent the plaintiffs in the above-referenced action and are writing on behalf of all parties concerning two scheduling issues. First, plaintiffs respectfully request that the Court "So Order" the following amended briefing schedule agreed to by the parties in connection with defendants' motion to dismiss plaintiffs' second amended complaint and stay discovery (Docket Number 131) which extends plaintiffs' response date by one week and also adjusts defendants' reply date taking into consideration the upcoming Memorial Day holiday: plaintiffs will file their opposition papers on May 26, 2011, and defendants will file their reply papers on June 14, 2011.

Due to the complexity of the motion, plaintiffs' counsel has requested this extension in order to fully address all of the issues raised. The Court has not previously granted any extensions to the parties on this matter. Defendants consent to this request.

Additionally, due to a scheduling conflict, defendants have requested an adjournment of the June 27, 2011 status conference. Plaintiffs do not object to this request. If convenient for the Court, the parties are available to reschedule on June 20, 21, 24, or 30. If those dates do not work for the Court, the parties would be happy to propose other dates.

Thank you for your courtesies in this matter. Please do not hesitate to contact this office should you have any questions or concerns.

Respectfully submitted,

*/s/ Jessica Witenko*

Jessica L. Witenko