UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NELLIE SAMPSON, *on behalf of herself and all other employees similarly situated,*<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MEDISYS HEALTH NETWORK INC., THE JAMAICA HOSPITAL, THE BROOKDALE HOSPITAL MEDICAL CENTER, FLUSHING HOSPITAL AND MEDICAL CENTER, PENINSULA HOSPITAL CENTER, DAVID P. ROSEN and MAX SCLAIR,<br><br>　　　　　　　　　　　　Defendants. | No. 10-cv-1342 (SJF-ARL) |

**COMPENDIUM OF UNREPORTED DECISIONS CITED IN DEFENDANTS'
MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS
PLAINTIFFS' SECOND AMENDED COMPLAINT AND STAY DISCOVERY**

Dated:　New York, New York
　　　　　April 14, 2011

Lorie E. Almon
Mary E. Ahrens
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

Kristen G. McGurn
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
(617) 946-4800

Attorneys for Defendants

13310418v.1

For the convenience of the Court, Defendants MediSys Health Network, Inc. ("MediSys"), The Jamaica Hospital, Brookdale Hospital and Medical Center, Flushing Hospital and Medical Center, Peninsula Hospital Center, David P. Rosen, and Max Sclair (collectively, "Defendants") provide herewith copies of all unreported decisions cited in Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiffs' Second Amended Complaint and Stay Discovery.

**Tab**

**CASES**

*Abbasi v. Herzfeld & Rubin, P.C.*,
   1995 U.S. Dist. LEXIS 6629 (S.D.N.Y. May 17, 1995)............................................................1

*Banco Espirito Santo de Investimento, S.A. v. Citibank, N.A.*,
   2003 U.S. Dist. LEXIS 23062 (S.D.N.Y. Dec. 22, 2003) .......................................................2

*Bemben v. Fuji Photo Film U.S.A., Inc.*,
   2004 WL 1052973 (S.D.N.Y. May 10, 2004) ........................................................................3

*Brokaw v. Qualcomm, Inc.*,
   2002 U.S. Dist. LEXIS 27809 (S.D. Cal. Feb. 27, 2002) .......................................................4

*Cannon v. Douglas Elliman, LLC*,
   2007 WL 4358456 (S.D.N.Y. Dec. 10, 2007) ........................................................................5

*Cavallaro v. UMass Mem'l Healthcare, Inc.*,
   No. 09-40181, Dkt. 65 (D. Mass. filed Dec. 20, 2010)............................................................6

*Cavallaro v. UMass Mem'l Healthcare, Inc.*,
   No. 09-cv-40181, Dkt. 33 (D. Mass. filed July 2, 2010) .........................................................7

*Chen v. Domino's Pizza, Inc.*,
   2009 WL 3379946 (D.N.J. Oct. 16, 2009).............................................................................8

*Colodney v. Continuum Health Partners, Inc.*,
   2004 U.S. Dist. LEXIS 6606 (S.D.N.Y. Apr. 15, 2004)..........................................................9

*Comprehensive Habilitation Servs., Inc. v. Commerce Funding Corp.*,
   2009 WL 935665 (S.D.N.Y. Apr. 7, 2009)...........................................................................10

*DeSilva v. N. Shore-Long Isl. Jewish Health Sys.*,
   2011 WL 899296 (E.D.N.Y. Mar. 16, 2011)........................................................................11

*Diaz v. Consortium for Worker Educ.*,
  2010 WL 3910280 (S.D.N.Y. Sept. 28, 2010) ........................................................................12

*Enright v. CGH Med. Ctr.*,
  1999 WL 24683 (N.D. Ill. Jan. 12, 1999) ..............................................................................13

*Gaind v. Pierot*,
  2006 U.S. Dist. LEXIS 14963 (S.D.N.Y. Mar. 30, 2006) ......................................................14

*Haggerty v. Ciarelli & Dempsey*,
  2010 WL 1170352 (2d Cir. Mar. 25, 2010) (summary order) .................................................15

*In re Bank of Am. Wage & Hour Emp't Litig.*,
  2010 WL 4180567 (D. Kan. Oct. 10, 2010) ..........................................................................16

*Integrated Sys. & Power, Inc., v. Honeywell Int'l, Inc.*,
  2009 WL 2777076 (S.D.N.Y. Sept. 1, 2009) ........................................................................17

*Jonites v. Exelon Corp.*,
  2007 U.S. Dist. LEXIS 55400 (N.D. Ill. July 30, 2007) .......................................................18

*Jordan v. Verizon Corp.*,
  2008 WL 5209989 (S.D.N.Y. Dec. 10, 2008) .......................................................................19

*Kuebel v. Black & Decker (U.S.) Inc.*,
  2010 U.S. Dist. LEXIS 46533 (W.D.N.Y. May 12, 2010) ....................................................20

*Landry v. Peter Pan Bus Lines, Inc.*,
  2009 U.S. Dist. LEXIS 129873 (D. Mass. Nov. 20, 2009) ....................................................21

*Ledbetter v. Pruitt Corp.*,
  2007 U.S. Dist. LEXIS 10243 (M.D. Ga. Feb. 12, 2007) ......................................................22

*Lopez v. Flight Servs. & Sys., Inc.*,
  2008 U.S. Dist. LEXIS 4744 (W.D.N.Y. Jan. 22, 2008) .......................................................23

*Lucas v. BMS Enters., Inc.*,
  2010 WL 2671305 (N.D. Tex. July 1, 2010) .........................................................................24

*Manning v. Boston Med. Ctr. Corp.*,
  2011 WL 796505 (D. Mass. Feb. 28, 2011) ..........................................................................25

*McGee v. UMass Corr. Health*,
  2010 WL 3464282 (D. Mass Sept. 1, 2010) ..........................................................................26

*Mell v. GNC, Inc.*,
  2010 WL 4668966 (W.D. Pa. Nov. 9, 2010) .........................................................................27

13310418v.1

*Mongo v. The Home Depot, Inc.*,
  2003 U.S. Dist. LEXIS 17557 (N.D. Tex. Sept. 26, 2003) ...................................................28

*Nakahata v. New York-Presbyterian Healthcare Sys.*,
  2011 WL 321186 (S.D.N.Y. Jan. 28, 2011) .......................................................................29

*Petras v. Johnson*,
  1993 U.S. Dist. LEXIS 8464 (S.D.N.Y. June 16, 1992) ......................................................30

*Pruell v. Caritas Christi*,
  2010 U.S. Dist. LEXIS 101770 (D. Mass. Sept. 27, 2010) ..................................................31

*Pruell v. Caritas Christi*,
  2010 WL 3789318 (D. Mass. Sept. 27, 2010) ....................................................................32

*Riel v. Morgan Stanley*,
  2007 U.S. Dist. LEXIS 11153 (S.D.N.Y. Feb. 16, 2007) ....................................................33

*Ross v. Bank of Am., N.A. (USA)*,
  2006 WL 36909 (S.D.N.Y. Jan. 6, 2006) ...........................................................................34

*Temple of Lost Sheep, Inc. v. Abrams*,
  1990 WL 156139 (E.D.N.Y. Sept. 26, 1990) .....................................................................35

*Tracy v. NVR, Inc.*,
  2009 WL 3153150 (W.D.N.Y. Sept. 30, 2009) ..................................................................36

*Tucker v. Gonzales*,
  2005 U.S. Dist. LEXIS 21616 (S.D.N.Y. Sept. 27, 2005) ...................................................37

*Wolman v. Catholic Health Sys. of Long Isl.*,
   No. 10-cv-1326, Dkt. 164 (E.D.N.Y. filed Dec. 30, 2010) .................................................38

*Wyly v. CA, Inc.*,
  2009 U.S. Dist. LEXIS 90037 (E.D.N.Y. Sept. 2, 2009) ....................................................39

**OTHER AUTHORITIES**

*Factsheet No. 53, The Health Care Industry and Hours Worked* (DOL 2008) ...........................40

*FLSA Opinion Ltr. 2007-1NA* (DOL May 14, 2007) ....................................................................41

*FLSA Opinion Letter*, 1997 WL 998038 (DOL Sept. 15, 1997) ....................................................42

*FLSA Opinion Letter*, 1996 WL 1031798 (DOL Sept. 9, 1996) ....................................................43

13310418v.1

Dated: New York, New York
April 14, 2011

        Respectfully submitted,

        SEYFARTH SHAW LLP

        By <u>s/ Lorie E. Almon</u>
           Lorie E. Almon
           Mary E. Ahrens
        620 Eighth Avenue, 32nd Floor
        New York, New York 10018
        (212) 218-5500

        Kristin G. McGurn
        SEYFARTH SHAW LLP
        Two Seaport Lane, Suite 300
        Boston, Massachusetts 02210
        (617) 946-4800

        *Attorneys for Defendants*