UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NELLIE SAMPSON, *on behalf of herself and all other employees similarly situated*,

                        Plaintiff,

      v.

MEDISYS HEALTH NETWORK INC., THE JAMAICA HOSPITAL, THE BROOKDALE HOSPITAL MEDICAL CENTER, FLUSHING HOSPITAL AND MEDICAL CENTER, PENINSULA HOSPITAL CENTER, DAVID P. ROSEN and MAX SCLAIR,

                        Defendants.

No. 10-cv-1342 (SJF-ARL)

**COMPENDIUM OF UNREPORTED DECISIONS CITED IN DEFENDANTS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT AND TO STAY DISCOVERY**

Dated: New York, New York
       June 14, 2011

Lorie E. Almon
Mary E. Ahrens
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

Kristen G. McGurn
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
(617) 946-4800

Attorneys for Defendants

For the convenience of the Court, Defendants MediSys Health Network, Inc. ("MediSys"), The Jamaica Hospital, Brookdale Hospital and Medical Center, Flushing Hospital and Medical Center, Peninsula Hospital Center, David P. Rosen, and Max Sclair (collectively, "Defendants") provide herewith copies of all unreported decisions cited in Defendants' Reply Memorandum of Law in Further Support of Their Motion to Dismiss Plaintiffs' Second Amended Complaint and To Stay Discovery.

**Tab**

*Astra Media Group, LLC v. Clear Channel Taxi Media, LLC*,
    2011 U.S. App. LEXIS 2949 (2d Cir. Feb. 15, 2011) ...............................................................1

*Berger v. Cleveland Clinic Found.*,
    2007 U.S. Dist. LEXIS 76593 (N.D. Ohio Sept. 29, 2007)........................................................2

*Bravo v. Eastpoint Int'l, Inc.*,
    2001 WL 314622 (S.D.N.Y. Mar. 30, 2001) ...............................................................................3

*Castiglione v. Papa*,
    2011 U.S. App. LEXIS 10517 (2d Cir. May 23, 2011) ..............................................................4

*Cavallaro v. UMass Mem'l Health Care Inc.*,
    No. 09-40181, Dkt. 106 (D. Mass. filed June 8, 2011)...............................................................5

*Cavallaro v. UMass Mem'l Health Care Inc.*,
    2010 WL 3609535 (D. Mass July 2, 2010).................................................................................6

*Cavallaro v. UMass Mem'l Health Care Inc.*,
    No. 09-40181, Dkt. No. 33 (D. Mass. filed July 2, 2010) ..........................................................7

*Colodney v. Continuum Health Partners, Inc.*,
    2004 U.S. Dist. LEXIS 6606 (S.D.N.Y. 2004)...........................................................................8

*Cox v. Allstate Ins. Co.*,
    2009 WL 2591673 (W.D. Okla. 2009) .......................................................................................9

*DeSilva v. N. Shore-Long Isl. Jewish Health Sys.*,
    2011 WL 899296 (E.D.N.Y. Mar. 16, 2011)............................................................................10

*Edwards v. Great N. Ins. Co.*,
    2006 U.S. Dist. LEXIS 50683 (E.D.N.Y. July 18, 2006).........................................................11

*Ellis v. Harpercollins Publ'rs, Inc.*,
   2000 WL 802900 (S.D.N.Y. June 21, 2000) ............................................................................12

*Frye v. Baptist Mem'l Hosp., Inc.*,
   2010 WL 3862591 (W.D. Tenn. Sept. 27, 2010)....................................................................13

*Gaind v. Pierot*,
   2006 U.S. Dist. LEXIS 14963 (S.D.N.Y. Mar. 30, 2006) .......................................................14

*Gordon v. Kaleida Health*,
   2008 U.S. Dist. LEXIS 96144 (W.D.N.Y. Nov. 25, 2008) .....................................................15

*Hart v. Rick's Cabaret Int'l Inc.*,
   2010 U.S. Dist. LEXIS 137129 (S.D.N.Y. Dec. 17, 2010) .....................................................16

*Hinterberger v. Catholic Health*,
   2008 U.S. Dist. LEXIS 96105 (W.D.N.Y. Nov. 24, 2008) .....................................................17

*Hodczak v. Latrobe Specialty Steel Co.*,
   2009 WL 911311 (W.D. Pa. Mar. 31, 2009) ..........................................................................18

*Hoops v. Keyspan Energy*,
   2011 U.S. Dist. LEXIS 23117 (E.D.N.Y. Mar. 8, 2011).........................................................19

*Krichman v. JP Morgan*,
   2008 WL 5148769 (S.D.N.Y. Dec. 8, 2008) ..........................................................................20

*Kuebel v. Black & Decker Inc.*,
   2011 U.S. App. LEXIS 9448 (2d Cir. May 5, 2011) ..............................................................21

*Landry v. Peter Pan Bus Lines, Inc.*,
   No. 09-11012, Dkt. 18 (D. Mass. filed Nov. 20, 2009) ..........................................................22

*LeTouzel v. Kodak,*
   2006 WL 1455478 (W.D.N.Y. May 25, 2006) ......................................................................23

*Lopez v. Flight Services & Syst., Inc.*,
   2008 WL 203028, at *7 (W.D.N.Y. Jan. 23, 2008) ................................................................24

*Manning v. Boston Med. Ctr. Corp.*,
   2011 U.S. Dist. LEXIS 29165 (D. Mass. Mar. 10, 2011)........................................................25

*Manning v. Boston Med. Ctr. Corp.*,
   2011 WL 796505 (D. Mass. Feb. 28, 2011) ...........................................................................26

*Nakahata v. N.Y.-Presbyterian Healthcare Sys.*,
   2011 WL 321186 (S.D.N.Y. Jan. 28, 2011) ...........................................................................27

*Nicholas v. CMRE Fin. Servs., Inc.*,
    2009 WL 1652275 (D.N.J. June 11, 2009) ...................................................................28

*Perez v. Jasper Trading, Inc.*,
    2007 WL 4441062 (E.D.N.Y. Dec. 17, 2007) ..............................................................29

*Pruell v. Caritas Christi*,
    2010 WL 3789318 (D. Mass. Sept. 27, 2010) ..............................................................30

*Pruell v. Caritas Christi*,
    2010 U.S. Dist. LEXIS 101770 (D. Mass. Sept. 27, 2010) ..........................................31

*R&R Rec. Prods., Inc. v. Joan Cook, Inc.*,
    1992 U.S. Dist. LEXIS 5176 (S.D.N.Y. Apr. 14, 1992) ...............................................32

*Smith v. Lyons, Doughty & Veldhuius, P.C.*,
    2008 WL 2885887 (D.N.J. July 23, 2008) ...................................................................33

*Teamsters Allied Benefit Funds v. McGraw-Hill Cos.*,
    2010 U.S. Dist. LEXIS 23052 (S.D.N.Y. Mar. 10, 2010) ............................................34

*Tracy v. NVR, Inc.*,
    2009 WL 3153150, at *5 (W.D.N.Y. Sept. 30, 2009) ..................................................35

*Villegas v. J.P. Morgan Chase & Co.*,
    2009 WL 605833 (N.D. Cal. Mar. 9, 2009) .................................................................36

*Webb v. Robert Lewis Rosen Assocs.*,
    2004 U.S. Dist. LEXIS 12024 (S.D.N.Y. June 29, 2004) ............................................37

*White v. Wash. Gas*,
    2005 U.S. Dist. LEXIS 3461 (D. Md. Mar. 4, 2005) ...................................................38

*Wolman v. Catholic Health Sys. of Long Isl.*,
    No. 10-cv-1326, Dkt. 182 (E.D.N.Y. filed May 5, 2011) ............................................39

*Wolman v. Catholic Health Sys. of Long Isl.*,
    No. 10-cv-1326, Dkt. 164 (E.D.N.Y. filed December 30, 2010) .................................40

*Xue Lian Lin v. Comprehensive Health Mgmt., Inc.*,
    2009 WL 976835 (S.D.N.Y. Apr. 9, 2009) ..................................................................41

*Zivali v. AT&T Mobility, LLC*,
    2011 WL 1815391 (S.D.N.Y. May 12, 2011) ..............................................................42

Dated: New York, New York
June 14, 2011

                                    Respectfully submitted,

                                    SEYFARTH SHAW LLP

                                    By <u>s/ Lorie E. Almon</u>
                                        Lorie E. Almon
                                        Mary E. Ahrens
                                    620 Eighth Avenue, 32nd Floor
                                    New York, New York 10018
                                    (212) 218-5500

                                    Kristin G. McGurn
                                    SEYFARTH SHAW LLP
                                    Two Seaport Lane, Suite 300
                                    Boston, Massachusetts 02210
                                    (617) 946-4800

                                    *Attorneys for Defendants*