

620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
212-218-5517

Writer's e-mail
lalmon@seyfarth.com

June 28, 2011

**VIA ECF**

Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza, Courtroom 1010
Central Islip, New York 11722

    Re:    *Fraser (Sampson), et al. v. MediSys Health Network Inc., et al.*
             No. 10-cv-1342 (SJF-ARL)

Dear Judge Feuerstein:

    This firm is counsel to Defendants in the above-referenced matter.  After speaking with the Court's clerk and Plaintiffs' counsel, we are writing to confirm that the Court has moved the status conference that was originally scheduled on June 30, 2011 to July 14, 2011 at 11:15 a.m.  All parties are available on July 14 and are aware of the scheduling change.

                              Respectfully submitted,

                              SEYFARTH SHAW LLP

                              *Lorie E. Almon*
                              Lorie E. Almon

cc:    Justin M. Cordello (via ECF)
         Kristin G. McGurn
         Mary E. Ahrens

BRUSSELS   WASHINGTON, D.C.   SAN FRANCISCO   SACRAMENTO   NEW YORK   LOS ANGELES   HOUSTON   CHICAGO   BOSTON   ATLANTA

13513532v.1