**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

NELLIE SAMPSON AND TIMOTHY GILL,
*on behalf of themselves and all other employees*
*similarly situated,*

                                    *Plaintiffs,*

                v.

MEDISYS HEALTH NETWORK INC., THE
JAMAICA HOSPITAL, THE BROOKDALE
HOSPITAL MEDICAL CENTER, FLUSHING
HOSPITAL AND MEDICAL CENTER,
PENINSULA HOSPITAL CENTER, DAVID P.
ROSEN, AND MAX SCLAIR,

                                    *Defendants.*

**Civil Action No.**
**10-CV-1342 (SJF) (ARL)**

## CONSENT TO OPT-IN AS A PARTY PLAINTIFF

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216(b), Plaintiffs hereby file the

following Consents to Become a Party Plaintiff signed by EISEN ALIMARIO, RACQUEL

ANNASINGLT-CASTRO, DENISE AUERBACH, RITA CLOSKY, IRMA COLON, DEBBEH

DAITOE, RENEE DEVEAUX, BENITA EXINOR, KENNETH FORD, SUSAN GREENE,

NARDA JAMES-HACKETT, KUYLEN JOHNSON, BABBETTE JONES, MARY KAMPA,

AIDA LEONEN, CHRISTINE LOGUE, ZULMA MARQUEZ, AMELIA MATTHEWS,

JENNIFER MCMAHON, SUPELLA NELSON-DAVIS, VALERIE NOEL, DIANE

O'DONNELL, KATHLEEN O'TOOLE, SVETLANA PATLAK, KATHY PATTERSON,

BRUCE PHELAN, IRENE PINCKNEY, BIBI RAMATALY, KENNETH RICHARD, SOFIA

SAFONOVA, MARIA SANTIAGO, SIDRAH STEPHENS, ANTHONY SYMES, MIGDALIA

WHITE AND NORMA WILSON.

Dated: March 29, 2012

                                     **THOMAS & SOLOMON LLP**

By:    s/ Jessica L. Witenko

              Jessica L. Witenko, Esq.
              *Attorneys for Plaintiffs and Class Members*
              693 East Avenue
              Rochester, New York 14607
              Telephone:  (585) 272-0540
              jwitenko@theemploymentattorneys.com