| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>**NELLIE SAMPSON** AND **TIMOTHY GILL**,<br>*on behalf of themselves and all other employees similarly situated,*<br><br>*Plaintiffs*,<br><br>v.<br><br>**MEDISYS HEALTH NETWORK INC.**, *et al.*,<br><br>*Defendants.* | **CERTIFICATE OF SERVICE**<br><br>Civil Action No. 10-CV-1342 (SJF) (ARL) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2012, I caused to be served consent to opt-in as a party plaintiff on behalf of EISEN ALIMARIO, RACQUEL ANNASINGLT-CASTRO, DENISE AUERBACH, RITA CLOSKY, IRMA COLON, DEBBEH DAITOE, RENEE DEVEAUX, BENITA EXINOR, KENNETH FORD, SUSAN GREENE, NARDA JAMES-HACKETT, KUYLEN JOHNSON, BABBETTE JONES, MARY KAMPA, AIDA LEONEN, CHRISTINE LOGUE, ZULMA MARQUEZ, AMELIA MATTHEWS, JENNIFER MCMAHON, SUPELLA NELSON-DAVIS, VALERIE NOEL, DIANE O'DONNELL, KATHLEEN O'TOOLE, SVETLANA PATLAK, KATHY PATTERSON, BRUCE PHELAN, IRENE PINCKNEY, BIBI RAMATALY, KENNETH RICHARD, SOFIA SAFONOVA, MARIA SANTIAGO, SIDRAH STEPHENS, ANTHONY SYMES, MIGDALIA WHITE AND NORMA WILSON, upon the following:

Edward Cerasia, II
Lorie E. Almon
Anjanette Cabrera
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 218-5500

by causing the same to be served via electronic means through electronic filing with the Clerk of the

District Court using the CM/ECF system.

                                                  /s Jessica L. Witenko
                                                  **Jessica L. Witenko**