**SEYFARTH**
**ATTORNEYS** **SHAW** LLP

620 Eighth Avenue

New York, New York 10018

(212) 218-5500

fax (212) 218-5526

www.seyfarth.com

Writer's direct phone
(212) 218-5517

Writer's e-mail
lalmon@seyfarth.com

May 16, 2012

**BY ECF AND FACSIMILE (631-712-5636)**

Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza, Courtroom 1010
Central Islip, New York 11722

    Re:    *Sampson v. Medisys Health Network Inc., et al.*
            10-CV-1342 (SJF) (ARL)

Dear Judge Feuerstein:

    This firm is counsel to Defendants Medisys Health Network, Inc., Jamaica Hospital Medical Center, Inc., Brookdale University Hospital & Medical Center, Inc., Flushing Hospital and Medical Center, Inc., Peninsula Hospital Center, David P. Rosen, and Max Sclair (collectively, "Defendants") in the above-referenced action. We write to request a three-week adjournment of the status conference currently set for June 19, 2012.

    Defendants request this adjournment because both of their lead counsel, Lorie Almon and Kristin McGurn, will be out of the office on previously scheduled vacations. Both vacations were planned before the status conference was adjourned from May 10 to June 19.

    We thank the Court for its consideration of this request.

                            Respectfully submitted,

                            SEYFARTH SHAW LLP


                              s/  Lorie E. Almon
                            Lorie E. Almon

cc:    Justin M. Cordello (via ECF)
        Kristin McGurn (via email)
        Mary Ahrens (via email)

14461920v.1

BRUSSELS   WASHINGTON, D.C.   SAN FRANCISCO   SACRAMENTO   NEW YORK   LOS ANGELES   HOUSTON   CHICAGO   BOSTON   ATLANTA