Case 2:10-cv-01342-SJF-ARL Document 169 Filed 06/18/12 Page 1 of 2 PageID #: 5135
Case 2:10-cv-01342-SJF-ARL Document 170 Filed 06/20/12 Page 1 of 2 PageID #: 5137

D/F

# SEYFARTH SHAW LLP
ATTORNEYS

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5517

Writer's e-mail
lalmon@seyfarth.com

June 18, 2012

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ JUN 20 2012 ★

**LONG ISLAND OFFICE**

**BY ECF AND FACSIMILE (631-712-5636)**

Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza, Courtroom 1010
Central Islip, New York 11722

Re:  *Sampson v. Medisys Health Network Inc., et al.*
U.S.D.C., E.D.N.Y. 10-CV-1342 (SJF) (ARL)

Dear Judge Feuerstein:

This firm is counsel to Defendants Medisys Health Network, Inc., Jamaica Hospital Medical Center, Inc., Brookdale University Hospital & Medical Center, Inc., Flushing Hospital and Medical Center, Inc., Peninsula Hospital Center, David P. Rosen, and Max Sclair (collectively, "Defendants") in the above-referenced action. We write to request an adjournment of the status conference set for July 10, 2012.

Defendants request this adjournment because their lead counsel, Lorie Almon and Kristin McGurn, will be appearing at a conciliation conference and a settlement hearing, respectively, in different matters on July 10. Your Honor's clerk advised us that the Court is available on July 26, and Plaintiff's counsel confirmed their availability on that date. Therefore, Defendants respectfully request that the Court adjourn the status conference to July 26 at 11:15 a.m.



BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA

14567331v.1

**SEYFARTH SHAW** ATTORNEYS LLP

The Honorable Sandra J. Feuerstein
June 18, 2012
Page 2

We thank the Court for its consideration of this request.

Respectfully submitted,

SEYFARTH SHAW LLP

s/ Lorie E. Almon
Lorie E. Almon

cc: Justin M. Cordello (via ECF)
Kristin Glennan McGurn (via email)
Mary E. Ahrens (via email)

**Order**
The application is:
[X] granted
___ denied
___ referred to Magistrate Judge _____ for
    ___ decision
    ___ report and recommendation

s/ Sandra J. Feuerstein
_____ 6/20/2012
U.S.D.J.

14567331v.1