# CIVIL CAUSE FOR TELEPHONE STATUS CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE**: July 26, 2011                    **TIME**: 30 minutes

**CASE NUMBER:**   2:10-cv-01342-SJF -ARL

**CASE TITLE:**   Fraser v. MediSys Health Network, Inc. et al

**PLTFFS ATTY:**   Jessica Witenko & Michael Lingle
   X   present        ___ not present

   ___ present        ___ not present

**DEFTS ATTY:**   Laurie Almon & Kristen McGurn
   X   present        ___ not present

   ___ present        ___ not present

**COURT REPORTER:**          **COURTROOM DEPUTY**: BRYAN MORABITO

**OTHER:** _____

X    CASE CALLED.

_    ARGUMENT HEARD / CONT'D TO_____.

_    DECISION:    ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:**. Defendant's to serve motion to dismiss by 9/14/12, Plaintiff to serve opposition by 10/15/12, defendant to file reply and fully briefed motion with the Court by 11/5/12. A further status conference is scheduled before Judge Feuerstein on 1/28/12 at 11:15 am.