# CIVIL CAUSE FOR TELEPHONE STATUS CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE**: July 24, 2011                    **TIME**: 30 minutes

**CASE NUMBER**:   2:10-cv-01342-SJF -ARL

**CASE TITLE**:    Fraser v. MediSys Health Network, Inc. et al

**PLTFFS ATTY**:   **Jessica Witenko Michael Lingle**
                   _X_ present        ___ not present

                   _____
                   ___ present        ___ not present

**DEFTS ATTY**:    **Laurie Almon Kristen McGurn**
                   _X_ present        ___ not present

                   **Mary Ahrens**
                   _X_ present        ___ not present

**COURT REPORTER**:        **COURTROOM DEPUTY**: BRYAN MORABITO

**OTHER**: _____

_X_   CASE CALLED.

_     ARGUMENT HEARD / CONT'D TO _____.

_     DECISION:  ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:**. A further telephone status conference is scheduled before Judge Feuerstein on 7/26/12 at 11:15 am.