**SEYFARTH SHAW LLP**
ATTORNEYS

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5517

Writer's e-mail
lalmon@seyfarth.com

September 14, 2012

**VIA ECF & FEDEX**

J. Nelson Thomas, Esq.
Thomas & Solomon LLP
693 East Avenue
Rochester, New York 14607

Re: *Sampson v. The Jamaica Hospital Medical Center, et al.*
Eastern District of New York Case No. 10-cv-1342 (SJF) (ARL)

Dear Mr. Thomas:

Enclosed please find the following in connection with Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint, Strike the Class/Collective Allegations and Stay Proceedings:

- Notice of Motion to Dismiss Plaintiffs' Third Amended Complaint, Strike the Class/Collective Allegations and Stay Proceedings;

- Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Third Amended Complaint and Stay Proceedings;

- Declaration of Lorie E. Almon, Esq., together with Exhibits A through B;

- Compendium of Unreported Decisions Cited in Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiffs' Third Amended Complaint, Strike the Class/Collective Allegations and Stay Proceedings.

- Certificate of Service.

SEYFARTH SHAW LLP

/s/ Lorie E. Almon
Lorie E. Almon

LONDON  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK



J. Nelson Thomas, Esq.
September 14, 2012
Page 2

Enclosures
cc:    Michael J. Lingle, Esq. (via email)
       Jessica L. Witenko, Esq. (via email)
       Kristin McGurn, Esq. (w/o enclosures)
       Mary Ahrens, Esq. (w/o enclosures)

14840643v.2

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK