

# SEYFARTH SHAW LLP
ATTORNEYS

620 Eighth Avenue

New York, New York 10018

(212) 218-5500

fax (212) 218-5526

www.seyfarth.com

Writer's direct phone
(212) 218-5517

Writer's e-mail
lalmon@seyfarth.com

November 13, 2012

**BY ECF AND FACSIMILE (631-712-5636)**

Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza, Courtroom 1010
Central Islip, New York 11722

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   NOV 14 2012   ★

LONG ISLAND OFFICE

Re:   *Sampson v. Medisys Health Network Inc., et al.*
       10-CV-1342 (SJF) (ARL)

Dear Judge Feuerstein:

Our firm represents Defendants Jamaica Hospital Medical Center and Brookdale Hospital Medical Center in the above-referenced action. In accordance with Your Honor's Individual Rules, we write to respectfully request a two-week extension of time to serve Defendants' reply in support of their motion to dismiss Plaintiffs' third amended complaint. Defendants' reply currently is due on November 19, 2012. We request an extension of time to December 3, 2012 to serve Defendants' reply due to the storm, our office and other related closures, and the mass transit and other resulting disruptions. Plaintiffs' counsel has consented to the requested extension of time.

We thank the Court for its consideration of this request.

Respectfully submitted,

SEYFARTH SHAW LLP

s/Lorie E. Almon
Lorie E. Almon

SO ORDERED.

s/ Sandra J. Feuerstein
U.S.D.J.   11/14/12

15011551v.1

BRUSSELS | WASHINGTON, D.C. | SAN FRANCISCO | SACRAMENTO | NEW YORK | LOS ANGELES | HOUSTON | CHICAGO | BOSTON | ATLANTA