**Thomas & Solomon LLP**
THE EMPLOYMENT ATTORNEYS

March 1, 2013

**VIA ECF**

Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451

    Re:    <u>Sampson v. MediSys Health Network, Inc. et al</u>
              Civil Action No. 10-cv-1342 (SJF) (ARL)

Dear Judge Feuerstein:

    I write on behalf of both parties in the above-referenced action. On March 1, 2013, counsel for the parties contacted the Court's chambers to request an adjournment of the status conference scheduled for March 5, 2013 at 11:15 am pending a decision on defendants' motion to dismiss plaintiffs' third amended complaint. The parties understand that the Court would be able to adjourn the conference to April 2, 2013 at 11:15am. Accordingly, if acceptable to the Court, the parties respectfully request that the conference currently scheduled for March 5, 2013 at 11:15am be adjourned to April 2, 2013 at 11:15am.

    Thank you for your courtesies in this matter. Please do not hesitate to contact me with any questions.

                                Respectfully submitted,

                                s/ Michael J. Lingle

                                Michael J. Lingle

cc:    Lorie E. Almon (by ECF)